# Exhibit A

COPY - Avoid Duplication

DATE   : 11-AUG-2020

TO     : BRIGADE OPPORTUNISTIC CREDIT LBG FUND LTD

ATTN   : JIM KEOGH

RE     : REVLON TERM LOAN 2016
         TERM LOAN
         USD   896,265,941.01   CREDIT FACILITY
         DATED AS OF   07-SEP-2016

AGENT  : Citibank N.A

REF    : 001PDLL201485015

CUSIP  : 761520AY1

***Payment of the amount(s) specified in this notice is subject to the lender's
compliance with all its obligations under the subject credit agreement***

<B>Libor Rate Interim Interest Payment</B>
****************************************************************************

Please be advised that Interim Libor Interest will be paid on the LIBOR
outstanding under the above referenced facility.

        Effective Date    : 11-AUG-2020

        Libor Currency    : USD

        Libor Amount      : 893,944,008.52

        Maturity Date     : 31-AUG-2020


Interim interest is due as per the detailed calculation below :


        Interest Due Period  :  29-MAY-2020  to  11-AUG-2020


 LIBOR       Interest   Day        From        To         # of    Interest
 Funded      Rate       Basis      Date        Date       days    Due
****************************************************************************
17,085,488.60  4.25%   Actual/360    29-MAY-2020  02-JUN-2020  4   8,068.15

17,468,301.43  4.25%   Actual/360    02-JUN-2020 11-AUG-2020  70   144,356.10

    Due Currency        : USD

    Total Due           : 152,424.25

<B>Funds Movement</B>
*****************************************************************************

We will credit your account representing the above Interim Interest based on the following instructions :

    Credit Date         : 11-AUG-2020

    Credit Currency     : USD

    Total Due           : 152,424.25

  Less :Tax Withholding     : 0.00

    Credit Amount       : 152,424.25

<B>Contact</B>
*****************************************************************************

If you have any questions on the above, please speak to a representative at 302-894-6010.

Regards,

Investor Relations

Citibank N.A
1615 BRETT ROAD, OPS III
NEW CASTLE, DE  19720
Fax No:212-994-0961
Email: global.loans.support@citi.com

CONFIDENTIALITY NOTICE: The confidentiality of customer information is of the utmost importance to Citigroup. Our ongoing interaction with you involves the transmission of confidential information via facsimile. You are aware that facsimile transmission is not secure and has risks of unauthorized access,

tampering and disclosure of your information. Therefore, your continuing to send facsimile messages to us or providing your facsimile transmission number to us for our use constitutes consent to our use of this method of data transmission. Accordingly, we do not assume any liability whatsoever for breaches of confidentiality, tampering, or non-receipt of your data for any reason, and you agree to assume the risk of unauthorized access, tampering and disclosure of your information