# Exhibit B

## PAYMENT TRANSACTION

GID:

### Transaction Information

Status: **FINAL**

| | | | |
|---|---|---|---|
| GID: | | Adj: | |
| Transaction Date: | **11-Aug-2020** | Debit Amount: | **17,620,725.68/USD** |
| Instruction Date: | **11-Aug-2020** | Credit Amount: | **17,620,725.68/USD** |
| Remitter Reference: | | Related Reference: | |
| In Source: | | Method of Payment: | |
| In Reference: | | Out Reference: | |
| Processing Type: | | DF1073 Flag: | |
| FTN Out Time: | **1757** | Transaction Type: | |
| FTN In Time: | **1755** | | |
| Status: | **FINAL** | | |

### Additional Transaction Information

| | | | |
|---|---|---|---|
| GPI Payment : | —— | UETR: | —— |

### Accounting Information

| | | | |
|---|---|---|---|
| Debit CIF ovrd: | **N** | Debit No Post: | **N** |
| Credit CIF ovrd: | **N** | Credit No Post: | **N** |
| Debit Value: | **11-Aug-2020** | Method of Payment: | **BOOK** |
| Method of Advice: | **NONE** | Method of Advice: | **NOTSP** |
| No Db auth: | **N** | Verify ID: | —— |
| Repair ID: | —— | Bene charge: | **ORIG** |
| Bene Amt: | **0.00/USD** | EDI Present: | **N** |
| EDI Delivered: | **N** | | |

### Party Details

| **Debit Party :** | | **Credit Party :** | |
|---|---|---|---|
| Debit ID: | ▮ | Credit ID: | ▮ |
| DB MCP: | —— | CR MCP: | —— |
| Account: | ▮ | Account: | ▮ |
| Name: | **MEDIUM TERM FINANCE** | Name: | **JPMORGAN CHASE BANK** |
| Address: | **ATN:GLOBAL LOANSTWO PENNS WAYNAIB AGENCY MEDIUM TERM FINANCENEW CASTLE —— DE19720-0000 —— ——** | Address: | **NEW YORK NY 10004 —— —— —— —— —— ——** |

| **Intermediary Bank Receiver(54):** | **Paying Bank:** |
|---|---|
| **Originating Bank:** | **Beneficiary:** |
| **Originator:** | |

### Additional details

| Bank to Bank Info: | **REVLON TERM LOAN 2016REVLON CONSUMER PRODUCTS CORP76152 0AY1 —— —— —— —— —— —— —— ——** | Originator To Beneficiary Info: | —— —— —— —— —— —— |
|---|---|---|---|

### CHIPS MESSAGES

### FED MESSAGES

| **MESSAGE 1** | **Direction:** Outbound | **TRN:** ▮ |
|---|---|---|

#### MESSAGE SUMMARY

| AMOUNT : | 17,620,725.68 / USD | MESSAGE DATE : | 8/11/2020 |
|---|---|---|---|
| GID : | ▮ | RCV/SND ID : | ▮ |

| | | |
|---|---|---|
| I/O : | Outbound | SSN : |

**TEXT**

```
XFT811
{1500} Sender Information
30       P
{1510} Type/SubType Code
10(Third Party Transfer) 00(Regular Tfr)
{1520} IMAD
███████████████████████
{2000} Amount
001762072568
{3100} Sender DI
████████CITIBANK NA
{3320} Sender Reference
██████████████
{3400} Receiver DI
████████JPMORGAN CHASE BAN
{3600} Business Function
BTR(Bank Transfer)
{3620} Payment Notification
█
████████████████████████████
D066642426
GOLDMAN SACHS AND COMPANY
{4200} Beneficiary
D002521193
BRIGADE OPPORTUNISTIC CREDIT LBG
FUND LTD
{4320} Beneficiary's Reference
███████████████
{5000} Originator
BCITIUS33
{5100} Originator's FI
███████
MEDIUM TERM FINANCE
CITIBANK, N.A. GLOBAL LOANS
TWO PENNS WAY
NEW CASTLE, DE 19720
{6400} Beneficiary Info
REVLON TERM LOAN 2016
REVLON CONSUMER PRODUCTS CORP
761520AY1
```

**CSMH MESSAGES**

| **MESSAGE 1** | **Direction:** Inbound | **TRN:** ████████ |
|---|---|---|

**MESSAGE SUMMARY**

**TEXT**

```
CKS8011 CSS9067
CN NYFTA
.NAFADCB 112155
TEST NR
[redacted]
[redacted] BANK NA
[redacted] AND COMPANY
[redacted]NISTIC CREDIT LBG
FUND LTD
:72:/BNF/REVLON TERM LOAN 2016
//REVLON CONSUMER PRODUCTS CORP
//[redacted]
-}
=08112155 NA PRF80186
```

**Work item reference**

Work ID:

Case type: Investigation

Case ID: 

Attach | Attach and update

**How would you like to select your case type?**

◉ Smart Selection ○ Dropdown Selection

Select the combination

LOB > Category > Inquiry Type > Inquiry Sub Type > Product Type > Product SubType ?

Create Cash Service Case | Create Investigation Case | Print | Close

