# Exhibit D

| | |
|---|---|
| From: | Rajendran, Balamurugan [ICG-OPS NE] |
| Sent: | Thursday, August 13, 2020 1:11 PM |
| To: | '12146461860@TLS.LDSPROD.COM' |
| Subject: | 2nd Follow up - Recall of Funds - Revlon TL 2016 |



Date: 12-Aug-2020

To: BRIGADE OPPORTUNISTIC CREDIT

Attn: 12146461860@TLS.LDSPROD.COM

FROM: Citibank N.A

Subject: REVLON TERM LOAN 2016

Please be advised that on August 11th 2020 regarding "REVLON TERM LOAN 2016 – Global Amount 893,944,008.52", we have paid Interest accrual from May 29th to August 11th. An additional amount was included in your interest payment in error and you were overpaid. Please return the amount listed below as soon as possible.

Amount Paid in Error: $17,468,301.43

Citibank NA

ABA: ▓▓▓▓▓▓▓

Account: ▓▓▓▓▓▓

Account Name: ▓▓▓▓▓▓▓▓▓▓▓▓

Reference: Revlon Return of 8/11/2020 overpayment

**Contact**

*******************************************************************************

If you have any questions on the above, please speak to a representative at 302-894-6010.

Regards,

Investor Relations

Citibank N.A

1615 BRETT ROAD, OPS III

1

NEW CASTLE, DE 19720

Fax No:212-994-0961

Email: global.loans.support@citi.com


CONFIDENTIALITY NOTICE: The confidentiality of customer information is of the utmost importance to Citigroup. Our ongoing interaction with you involves the transmission of confidential information via facsimile. You are aware that facsimile transmission is not secure and has risks of unauthorized access, tampering and disclosure of your information. Therefore, your continuing to send facsimile messages to us or providing your facsimile transmission number to us for our use constitutes consent to our use of this method of data transmission. Accordingly, we do not assume any liability whatsoever for breaches of confidentiality, tampering, or non-receipt of your data for any reason, and you agree to assume the risk of unauthorized access, tampering and disclosure of your information