# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Citibank, N.A., <br> *Plaintiff* <br> v. <br> Brigade Capital Management, LP <br> *Defendant* | ) <br> ) <br> ) Case No. 1:20-cv-06539 <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Citibank, N.A.       .

Date: 08/17/2020

/s/ Michael Rayfield
*Attorney's signature*

Michael Rayfield (4869236)
*Printed name and bar number*

1221 Avenue of the Americas
New York, New York 10020

*Address*

mrayfield@mayerbrown.com
*E-mail address*

(212) 506-2560
*Telephone number*

(212) 262-1910
*FAX number*