**THE LAW OFFICES OF JOHN F. BAUGHMAN**

(347) 241-6347     jbaughman@jfblegal.com

299 Broadway – Suite 207     1208 Armistead Bridge Rd.
New York, NY 10007     Norfolk, VA 23507

August 19, 2020

The Honorable Jesse Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Citibank v. HPS Investment Partners, LLC and Symphony Asset Management*
*(20-cv-06617)*
*Related Matter To:*
*Citibank v. Brigade Capital Manager, LP*
*20-cv-06539 (JMF)*

Dear Judge Furman:

    I represent Citibank. Last night, I filed a complaint on behalf of Citibank against HPS Investment Partners, LLC and Symphony Asset Management. The complaint raises the same issues raised in the complaint in the *Citibank v. Brigade* matter, on which Your Honor heard argument and issued an order yesterday. In the new action, Citibank is seeking the same preliminary relief that it requested (and Your Honor granted) against the defendants in the Brigade matter. We marked the new case as related to the *Brigade* matter.

    With all of this in mind, I respectfully request that I be permitted to participate in the conference Your Honor has scheduled for today, August 19, 2020 at 10 am.

    I have left telephone and email messages for Brigade's counsel at Quinn Emanuel to seek their consent to my participation in the hearing. I would also like to ask whether Quinn Emanuel will be representing HPS and Symphony. I have not as yet, however, received a response.

Respectfully submitted,

*/s/ John F. Baughman*

John F. Baughman

cc:    Robert Loigman – Counsel for Brigade in 1:20-cv-06539
        Matthew Ingber – Counsel for Citibank in 1:20-cv-06539