UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CITIBANK, N.A.,

                             Plaintiff,                          20-CV-6539 (JMF)

     -v-

BRIGADE CAPITAL MANAGEMENT, LP,

                            Defendant.

-------------------------------------------------------------------X

CITIBANK, N.A.,

                             Plaintiff,                          20-CV-6713 (JMF)

     -v-

                                                                             ORDER

BARDIN HILL LOAN MANAGEMENT, LLC, et al.,

                             Defendants.

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Earlier today, at a conference conducted on the record, the parties indicated on the record their agreement that these cases should be consolidated.[1] In light of that, and because the actions involve common questions of law and fact, it is hereby ORDERED that, pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, the two cases are consolidated under the case number 20-CV-6539 (JMF). **All future filings should be in 20-CV-6539 (JMF) alone.**

---

[1] Counsel for Defendant Highland Capital Management Fund Advisors LP appeared *pro hac vice* for the limited purpose of participating in today's proceedings only. Defendant Medalist Partners Corporate Finance LLC did not appear.

As stated on the record, and in accordance with the Court's order of August 19, 2020, 20-CV-6539, ECF No. 28, the parties are hereby ORDERED to meet and confer regarding the scope and timeframe of discovery and pretrial deadlines and shall submit an agreed upon proposed order and joint letter to the Court discussing the same no later than **August 24, 2020**. If the parties do not reach agreement, they parties shall submit competing proposed orders and letters concerning any remaining disagreements **by the same date**. In addition, as stated on the record at this morning's conference, unless and until the Court orders otherwise, the hearing on any motion for a preliminary injunction is hereby consolidated with the trial on the merits pursuant to Fed. R. Civ. P. 65(a)(2), and is scheduled for **September 30, 2020, and (if necessary) October 1, 2020**. The parties should be sure to address the issues identified in the Court's August 19, 2020 Order, 20-CV-6539, ECF No. 28, in their pretrial submissions.

The Clerk of Court is directed to consolidate 20-CV-6539 (JMF) and 20-CV-6713 (JMF) under case number 20-CV-6539 (JMF), and to close 20-CV-6713 (JMF).

SO ORDERED.

Dated: August 21, 2020
New York, New York

_____
JESSE M. FURMAN
United States District Judge