UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A.,<br><br>                 *Plaintiff*,<br><br>   v.<br><br>BRIGADE CAPITAL MANAGEMENT, LP, HPS INVESTMENT PARTNERS, LLC, and SYMPHONY ASSET MANAGEMENT, LLC,<br><br>               *Defendants*. | No. 20 Civ. 06539 (JMF) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert S. Loigman of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, New York 10010, hereby appears on behalf of Defendants HPS Investment Partners, LLC and Symphony Asset Management, LLC in the above-captioned matter and hereby requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the address set forth below. Mr. Loigman has previously appeared for Defendant Brigade Capital Management, LP in this matter.

I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
       August 21, 2020

                                    By: /s/ Robert S. Loigman
                                        Robert S. Loigman
                                        QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                        51 Madison Avenue, 22nd Floor
                                        New York, New York 10010
                                        Telephone: (212) 849-7000
                                        Facsimile: (212) 849-7100
                                        Email: robertloigman@quinnemanuel.com

*Attorney for Defendants*