UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIBANK AUGUST 11, 2020 WIRE TRANSFERS | No. 1:20-cv-06539 (JMF) |

## NOTICE OF DISMISSAL AS TO
## DEFENDANT HIGHLAND CAPITAL MANAGEMENT FUND ADVISORS LLP

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i), Plaintiff Citibank N.A. hereby dismisses this action with prejudice against defendant Highland Capital Management Fund Advisors LP. This notice does not apply to any other party.

Dated: August 26, 2020
　　　New York, New York

　　　　　　　　　　　　　　　　　　THE LAW OFFICES OF JOHN F. BAUGHMAN, PLLC

　　　　　　　　　　　　　　　　　　By:　/s/ John F. Baughman
　　　　　　　　　　　　　　　　　　John F. Baughman
　　　　　　　　　　　　　　　　　　Nathaniel E. Marmon
　　　　　　　　　　　　　　　　　　299 Broadway, Suite 207
　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　(347) 241-6347
　　　　　　　　　　　　　　　　　　jbaughman@jfblegal.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Citibank, N.A.*

SO ORDERED
[signature]
August 27, 2020