UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Citibank August 11, 2020 Wire Transfers | No. 20 Civ. 06539 (JMF) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, this action concerns funds that were paid on August 11, 2020 to entities, including non-Defendant lenders, customers, funds, CLOs, or accounts (the "Non-Defendant Funds") managed or advised by Brigade Capital Management, LP, HPS Investment Partners, LLC, Symphony Asset Management, LLC, Bardin Hill Loan Management LLC, Investcorp Credit Management US LLC, Greywolf Loan Management LP, Zais Group LLC, Allstate Investment Management Company, Medalist Partners Corporate Finance LLC, Tall Tree Investment Management LLC, and New Generation Advisors LLC (collectively, the "Defendants");

**IT IS HEREBY AGREED AND ORDERED THAT:**

1. Each Defendant will comply with any and all applicable orders of the Court and take all reasonable steps to direct and/or request that the various Non-Defendant Funds managed or advised by such Defendant comply with any and all applicable orders of the Court.

2. Each Defendant will not assert that orders of the Court do not apply to the Non-Defendant Funds managed or advised by such Defendant.

3. Each Defendant will request that the Non-Defendant Funds managed or advised by such Defendant inform the Defendant promptly if they do not intend on complying with applicable orders of the Court, and each Defendant will inform Citibank, N.A., through counsel, promptly of the receipt of any such notice.

Dated: August 28, 2020
  New York, New York

| | |
|---|---|
| MAYER BROWN LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By: */s/ Matthew D. Ingber* <br> Matthew D. Ingber <br> Christopher J. Houpt <br> Michael Rayfield <br> Allison J. Zolot <br> Luc W. M. Mitchell <br> Anjanique M. Watt <br> 1221 Avenue of the Americas <br> New York, New York 10020 <br> (212) 506-2500 | By: */s/ Benjamin Finestone* <br> Michael Carlinsky <br> Robert Loigman <br> Benjamin Finestone <br> Adam M. Abensohn <br> Zachary Russell <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> (212) 849-7000 |
| THE LAW OFFICES OF JOHN F. BAUGHMAN, PLLC <br><br> John F. Baughman <br> Nathaniel Marmon <br> 299 Broadway, Suite 207 <br> New York, New York 10007 <br> (347) 241-6347 <br><br> *Attorneys for Citibank* | Bennett Murphy <br> 865 S. Figueroa Street, 10th Floor <br> Los Angeles, CA 90017 <br> (213) 443-3000 <br><br> *Attorneys for Defendants* |

**SO ORDERED:**

Dated: August ___, 2020
  New York, New York     _____
  HON. JESSE M. FURMAN
  UNITED STATES DISTRICT JUDGE