UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IN RE CITIBANK AUGUST 11, 2020 WIRE     :     20-CV-6539 (JMF)
TRANSFERS                                                 :
:     ORDER
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As discussed and for the reasons stated on the record during the telephone conference conducted before the Court on September 29, 2020:

- Plaintiff's motion to compel discovery "on the issue of [Defendants'] 'control' over the funds at issue in this case," ECF No. 72, is GRANTED.

- The parties shall submit a joint letter no later than **September 30, 2020**, at **3:00 p.m.** proposing a revised schedule.

- The parties shall submit a joint letter no later than **October 1, 2020**, at **5:00 p.m.** proposing a path forward for resolving any remaining issues with respect to the documents over which the regulators have invoked privilege (the "Regulator Documents").

- Defendants shall submit a letter no later than **October 1, 2020**, at **5:00 p.m.** addressing whether Plaintiff's letter of September 10, 2020, *see* ECF No. 64, waived attorney-client and work product privileges over the Regulator Documents.

The Clerk of Court is directed terminate ECF No. 72.

SO ORDERED.

Dated: September 29, 2020
New York, New York                                   _____
                                                                    JESSE M. FURMAN
                                                                    United States District Judge