# FULL PRIVILEGE LOG

BEP = bank examination/deliberative process privilege and protection of confidential supervisory information. The applicable regulator(s) have asserted those protections as to each document listed below
AC = attorney-client privilege
WP = work product protection
Shading indicates document families
Red names are Citi counsel; **bold names** are regulatory personnel.

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|------|---------|--------|-------------|-------------|--------------|-----------|------------------------------|------------------|--------------------|-------|
| 87-1 | August 13–14 | Emails | Curtis Tao; **Kathleen Aguiar** | **Kathleen Aguiar; Michael Sutera**; Curtis Tao; Mary Reisert (cc); Gregory Frenzel (cc); Beth Rudofker (cc) | FDIC | AC, WP, BEP | Emails prepared by Citi counsel, and containing the product of interviews with staff by internal counsel, mental impressions and assessment of legal claims by internal and external counsel. | Document contains questions from regulator followed by answers from Citi, relating to regulatory investigation. Marked "Confidential Supervisory Information." | | |
| 87-2 | August 14 | Email | Curtis Tao | **Kathleen Aguiar; Michael Sutera**; Rohan Weerasinghe (cc); Adam Meshel (cc); Mary Reisert (cc) | FDIC | AC, BEP | Cover email contains summary of internal briefings and activity by internal legal counsel. States that it is attorney-client privileged and provided subject to 12 USC 1828(x). | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Marked "Confidential Supervisory Information." | | |
| 87-3 | August 13 | Email Memo | Mary Reisert | Paco Ybarra; Gregory Frenzel; Tyler Dickson; Manuel Falco; Jason Rekate; Richard Zogheb; Thomas Cole; John McAuley; Colleen Gerard; Kayur Patel; Santo Trombetta; Brendan Zeigon; Vincent Farrell; Eleanor Drew; Carolyn Sheridan; Gary Rosen; Christine Maye; Piyush Agrawal; Christian Buder; Brian Goldman; Jee Kymm; Satya Vithala; Ed Zagorski; Rohan Weerasinghe (cc); Adam Meshel (cc); Mei Lin Kwan-Gett (cc); Anita Romero (cc); Curtis Tao (cc); James Gledhill (cc); Kepler Geertsema (cc); Julio Gurdian (cc); Charlene Jones (cc); Tihitina Lina Dagnew (cc); Mary Reisert (cc) | FDIC | AC, WP, BEP | Internal briefing memo prepared by Citi's internal counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessment of legal claims by internal and external counsel.  It states that it is "Privileged & Confidential" and an "Attorney-Client Communication"; the cover email further explains that "Though Attorney-Client Privileged, we are sending this internal briefing email to you as Confidential Supervisory Information under 12 USC 1828(x)." | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Cover email is marked "Confidential Supervisory Information." | | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-4 | August 14 | Email Memo | Curtis Tao | Curtis Tao | FDIC | AC, BEP | Summary prepared by Citi counsel, containing the results of lawyers' "inquiries to internal Citi colleagues." | Dcoument responds to specific request for information in connection with regulatory investigation. Marked "Confidential Supervisory Information." | | |
| 87-5 | August 15 | Email | Curtis Tao | Kathleen Aguiar; Michael Sutera (cc); Rohan Weerasinghe (cc); Adam Meshel (cc); Mary Reisert (cc) | FDIC | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Marked "Confidential Supervisory Information." | | |
| 87-6 | August 14 | Memo | Stuart Riley; Mary Reisert; Charlene Jones; Adam Meshel; Rohan Weerasinghe | Citigroup Board of Directors; Citibank Board of Directors | FDIC | AC, WP, BEP | Internal briefing memo prepared by Citi's internal counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessment of legal claims by internal and external counsel, and discussion of legal strategy.  It states that it is "Privileged and Confidential." | Document provided to update regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|------|---------|--------|-------------|-------------|--------------|-----------|------------------------------|------------------|--------------------|-------|
| 87-7 | August 18 & 23 | Emails | Curtis Tao; Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Charles Sgro (cc); Adam Meshel (cc); Anita Romero (cc); Mei Lin Kwan-Gett (cc); Mary Reisert (cc); Karen Peetz (cc); Kevin Bailey (cc); Jenny Zou (cc); Shelley Dropkin (cc) | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. First-in-time email is marked "Confidential Supervisory Information" and notes that privileged information "is being shared with you as Confidential Supervisory Information under 12 USC 1828(x)." | Yes | |
| 87-8 | August 21 | PowerPoint | Eleanor Drew, Stuart Riley at the direction of Citi internal counsel | Citi Board of Directors | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. Cover email is marked "Confidential Supervisory Information." | Yes | |
| 87-9 | August 28 | Email | Curtis Tao | Mary Reisert; Constanti Pasvankias; Kathleen Aguiar; Michael Russo; Kevin Bailey; Julio Gurdian; Charlene Jones; Annette Hennessy; Lara Santini; John Leiby; Audrey Schwarz; Alyssa Mclaughlin; Michael Sutera; Ann Miner; Denise Schmedes; Greg Sullivan (cc); Sharon Farrell (cc); Karl Kolarsick (cc); John Weidmaier (cc) | FDIC; FRBNY; OCC | BEP | | Identifies specific questions from regulators in connection with regulatory investigation. Marked "Confidential Supervisory Information." | Yes | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-10 | September 4 | Email | Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Karen Peetz (cc) | FDIC; FRBNY; OCC | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Email subject line includes "Confidential Supervisory Information." | Yes | |
| 87-11 | September 1 | Memo | Stuart Riley; Diana Miller; Kevin Bailey; Mary Reisert; Charlene Jones; Curtis Tao; Christina Helburn; Joshua Levine | Citigroup Board of Directors; Citibank Board of Directors | FDIC; FRBNY; OCC | AC, WP, BEP | Briefing memo prepared by Citi counsel, and containing the product of interviews with staff by internal and external counsel, mental impressions and assessment of legal claims by internal and external counsel, and discussion of ongoing legal investigation. The memo is stamped "PRIVILEGED AND CONFIDENTIAL." | Document provided to update regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | Yes | |
| 87-12 | August 13–14 | Emails | Curtis Tao | Denise Schmedes; Ann Miner (cc); Audrey Schwarz (cc); Alyssa McLaughlin (cc); Mary Reisert (cc) | FRBNY | AC, BEP | Last-in-time email includes information prepared by Citi counsel, and containing the product of interviews with staff by internal counsel. | Response to question from regulator concerning background relating to regulatory investigation. Marked "Confidential Supervisory Information." | | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-13 | August 14 | Email | Curtis Tao | **Denise Schmedes; Alyssa McLaughlin; Ann Miner; Audrey Schwartz;** Rohan Weerasinghe (cc); Adam Meshel (cc); Mary Reisert (cc) | FRBNY | AC, BEP | Cover email contains summary of internal briefings and activity by internal legal counsel. States that it is attorney-client privileged and provided subject to 12 USC 1828(x). | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Marked "Confidential Supervisory Information." | | |
| 87-14 | August 13 | Email Memo | Mary Reisert | Paco Ybarra; Gregory Frenzel; Tyler Dickson; Manuel Falco; Jason Rekate; Richard Zogheb; Thomas Cole; John McAuley; Colleen Gerard; Kayur Patel; Santo Trombetta; Brendan Zeigon; Vincent Farrell; Eleanor Drew; Carolyn Sheridan; Gary Rosen; Christine Maye; Piyush Agrawal; Christian Buder; Brian Goldman; Jee Kymm; Satya Vithala; Ed Zagorski; Rohan Weerasinghe (cc); Adam Meshel (cc); Mei Lin Kwan-Gett (cc); Anita Romero (cc); Curtis Tao (cc); James Gledhill (cc); Kepler Geertsema (cc); Julio Gurdian (cc); Charlene Jones (cc); Tihitina Lina Dagnew (cc); Mary Reisert (cc) | FRBNY | AC, WP, BEP | Internal briefing memo prepared by Citi's internal counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessment of legal claims by internal and external counsel.  It states that it is "Privileged & Confidential" and an "Attorney-Client Communication"; the cover email further explains that "Though Attorney-Client Privileged, we are sending this internal briefing email to you as Confidential Supervisory Information under 12 USC 1828(x)." | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Cover email is marked "Confidential Supervisory Information." | | |
| 87-15 | August 14 | Email Memo | Curtis Tao | Curtis Tao | FRBNY | AC, BEP | Summary prepared by Citi counsel, containing the results of lawyers' "inquiries to internal Citi colleagues." | Dcoument responds to specific request for information in connection with regulatory investigation. Marked "Confidential Supervisory Information." | | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-16 | August 15 | Email | Curtis Tao | Kathleen Aguiar; Michael Sutera (cc); Rohan Weerasinghe (cc); Adam Meshel (cc); Mary Reisert (cc) | FRBNY | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Marked "Confidential Supervisory Information." | | |
| 87-17 | August 14 | Memo | Mary Reisert; Charlene Jones; Julio Gurdian; Adam Meshel; Rohan Weerasinghe | Citigroup Board of Directors; Citibank Board of Directors | FRBNY | AC, WP, BEP | Internal briefing memo prepared by Citi's internal counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessment of legal claims by internal and external counsel, and discussion of legal strategy.  It states that it is "Privileged and Confidential." | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | | |
| 87-18 | August 18 & 23 | Emails | Curtis Tao; Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Charles Sgro (cc); Adam Meshel (cc); Anita Romero (cc); Mei Lin Kwan-Gett (cc); Mary Reisert (cc); Karen Peetz (cc); Kevin Bailey (cc); Jenny Zou (cc); Shelley Dropkin (cc) | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. First-in-time email is marked "Confidential Supervisory Information" and notes that privileged information "is being shared with you as Confidential Supervisory Information under 12 USC 1828(x)." | Yes | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-19 | August 21 | PowerPoint | Eleanor Drew, Stuart Riley at the direction of Citi internal counsel | Citi Board of Directors | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. Cover email is marked "Confidential Supervisory Information." | Yes | |
| 87-20 | August 28 | Email | Curtis Tao | Mary Reisert; Constanti Pasvankias; Kathleen Aguiar; Michael Russo; Kevin Bailey; Julio Gurdian; Charlene Jones; Annette Hennessy; Lara Santini; John Leiby; Audrey Schwarz; Alyssa Mclaughlin; Michael Sutera; Ann Miner; Denise Schmedes; Greg Sullivan (cc); Sharon Farrell (cc); Karl Kolarsick (cc); John Weidmaier (cc) | FDIC; FRBNY; OCC | BEP | | Identifies specific questions from regulators in connection with regulatory investigation. Marked "Confidential Supervisory Information." | Yes | |
| 87-21 | August 28 & September 1 | Emails | Alyssa McLaughlin | Curtis Tao; Ann Miner; Audrey Schwarz; Kianne Gumbs | FRBNY | BEP | | Regulator's list of questions relating to regulatory investigation. Marked "RESTRICTED FR." | Yes | References matters beyond the August 11 transfer, which are irrelevant and not discoverable. |
| 87-22 | September 4 | Email | Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Karen Peetz (cc) | FDIC; FRBNY; OCC | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Email subject line includes "Confidential Supervisory Information." | Yes | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-23 | September 1 | Memo | Stuart Riley; Diana Miller; Kevin Bailey; Mary Reisert; Charlene Jones; Curtis Tao; Christina Helburn; Joshua Levine | Citigroup Board of Directors; Citibank Board of Directors | FDIC; FRBNY; OCC | AC, WP, BEP | Briefing memo prepared by Citi counsel, and containing the product of interviews with staff by internal and external counsel, mental impressions and assessment of legal claims by internal and external counsel, and discussion of ongoing legal investigation. The memo is stamped "PRIVILEGED AND CONFIDENTIAL." | Document provided to update regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | Yes | |
| 87-24 | August 14 | Email | Curtis Tao | Greg Sullivan; Lara Santini; Brendan Zeigon; Constanti Pasvankias; Tyler Dickson; Jason Rekate; Santo Trombetta; Mary Reisert | OCC | AC, WP, BEP | Email includes information prepared by Citi counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessments of legal claims by internal and external counsel. | Response to question from regulator concerning background relating to regulatory investigation. Marked "Confidential Supervisory Information." | | |
| 87-25 | August 14 | Email | Curtis Tao | Greg Sullivan; Lara Santini (cc); Constantine Pasvankias (cc); Paco Ybarra (cc); Gregory Frenzel (cc); Brad Hu (cc); Jason Rekate (cc); Tyler Dickson (cc); Karen Peetz (cc); Kevin Bailey (cc); Rohan Weerasinghe (cc) | OCC | AC, BEP | Cover email contains summary of internal briefings and activity by internal legal counsel. States that it is attorney-client privileged and provided subject to 12 USC 1828(x). | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Marked "Confidential Supervisory Information." | | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-26 | August 13 | Email Memo | Mary Reisert | Paco Ybarra; Gregory Frenzel; Tyler Dickson; Manuel Falco; Jason Rekate; Richard Zogheb; Thomas Cole; John McAuley; Colleen Gerard; Kayur Patel; Santo Trombetta; Brendan Zeigon; Vincent Farrell; Eleanor Drew; Carolyn Sheridan; Gary Rosen; Christine Maye; Piyush Agrawal; Christian Buder; Brian Goldman; Jee Kymm; Satya Vithala; Ed Zagorski; Rohan Weerasinghe (cc); Adam Meshel (cc); Mei Lin Kwan-Gett (cc); Anita Romero (cc); Curtis Tao (cc); James Gledhill (cc); Kepler Geertsema (cc); Julio Gurdian (cc); Charlene Jones (cc); Tihitina Lina Dagnew (cc); Mary Reisert (cc) | OCC | AC, WP, BEP | Internal briefing memo prepared by Citi's internal counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessment of legal claims by internal and external counsel.  It states that it is "Privileged & Confidential" and an "Attorney-Client Communication"; the cover email further explains that "Though Attorney-Client Privileged, we are sending this internal briefing email to you as Confidential Supervisory Information under 12 USC 1828(x)." | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Cover email is marked "Confidential Supervisory Information." | | |
| 87-27 | August 14 | Email Memo | Curtis Tao | Curtis Tao | OCC | AC, BEP | Summary prepared by Citi counsel, containing the results of lawyers' "inquiries to internal Citi colleagues." | Dcoument responds to specific request for information in connection with regulatory investigation. Marked "Confidential Supervisory Information." | | |
| 87-28 | August 15 | Email | Curtis Tao | Kathleen Aguiar; Michael Sutera (cc); Rohan Weerasinghe (cc); Adam Meshel (cc); Mary Reisert (cc) | OCC | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Marked "Confidential Supervisory Information." | | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-29 | August 14 | Memo | Mary Reisert; Charlene Jones; Julio Gurdian; Adam Meshel; Rohan Weerasinghe | Citigroup Board of Directors; Citibank Board of Directors | OCC | AC, WP, BEP | Internal briefing memo prepared by Citi's internal counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessment of legal claims by internal and external counsel, and discussion of legal strategy.  It states that it is "Privileged and Confidential." | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | | |
| 87-30 | August 18 & 23 | Emails | Curtis Tao; Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Charles Sgro (cc); Adam Meshel (cc); Anita Romero (cc); Mei Lin Kwan-Gett (cc); Mary Reisert (cc); Karen Peetz (cc); Kevin Bailey (cc); Jenny Zou (cc); Shelley Dropkin (cc) | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. First-in-time email is marked "Confidential Supervisory Information" and notes that privileged information "is being shared with you as Confidential Supervisory Information under 12 USC 1828(x)." | Yes | |
| 87-31 | August 21 | PowerPoint | Eleanor Drew, Stuart Riley at the direction of Citi internal counsel | Citi Board of Directors | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. Cover email is marked "Confidential Supervisory Information." | Yes | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-32 | August 28 | Email | Curtis Tao | Mary Reisert; Constanti Pasvankias; Kathleen Aguiar; Michael Russo; Kevin Bailey; Julio Gurdian; Charlene Jones; Annette Hennessy; Lara Santini; John Leiby; Audrey Schwarz; Alyssa Mclaughlin; Michael Sutera; Ann Miner; Denise Schmedes; Greg Sullivan (cc); Sharon Farrell (cc); Karl Kolarsick (cc); John Weidmaier (cc) | FDIC; FRBNY; OCC | BEP | | Identifies specific questions from regulators in connection with regulatory investigation. Marked "Confidential Supervisory Information." | Yes | |
| 87-33 | August 28 | Emails | John Leiby; Curtis Tao | Curtis Tao; John Leiby | OCC | BEP | | Regulator's questions and Citi's answers relating to regulatory investigation. Marked "Confidential Supervisory Information." | Yes | |
| 87-34 | September 4 | Email | Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Karen Peetz (cc) | FDIC; FRBNY; OCC | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Email subject line includes "Confidential Supervisory Information." | Yes | |
| 87-35 | September 1 | Memo | Stuart Riley; Diana Miller; Kevin Bailey; Mary Reisert; Charlene Jones; Curtis Tao; Christina Helburn; Joshua Levine | Citigroup Board of Directors; Citibank Board of Directors | FDIC; FRBNY; OCC | AC, WP, BEP | Briefing memo prepared by Citi counsel, and containing the product of interviews with staff by internal and external counsel, mental impressions and assessment of legal claims by internal and external counsel, and discussion of ongoing legal investigation. The memo is stamped "PRIVILEGED AND CONFIDENTIAL." | Document provided to update regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | Yes | |

# FRBNY COMMUNICATIONS

BEP = bank examination/deliberative process privilege and protection of confidential supervisory information. The applicable regulator(s) have asserted those protections as to each document listed below
AC = attorney-client privilege
WP = work product protection
Shading indicates document families
Red names are Citi counsel; **bold names** are regulatory personnel.

**Communications with the Federal Reserve Board/Federal Reserve Bank of New York**

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-12 | August 13–14 | Emails | Curtis Tao | **Denise Schmedes**; **Ann Miner** (cc); **Audrey Schwarz** (cc); **Alyssa McLaughlin** (cc); Mary Reisert (cc) | FRBNY | AC, BEP | Last-in-time email includes information prepared by Citi counsel, and containing the product of interviews with staff by internal counsel. | Response to question from regulator concerning background relating to regulatory investigation. Marked "Confidential Supervisory Information." | | |
| 87-13 | August 14 | Email | Curtis Tao | **Denise Schmedes**; **Alyssa McLaughlin**; **Ann Miner**; **Audrey Schwartz**; Rohan Weerasinghe (cc); Adam Meshel (cc); Mary Reisert (cc) | FRBNY | AC, BEP | Cover email contains summary of internal briefings and activity by internal legal counsel. States that it is attorney-client privileged and provided subject to 12 USC 1828(x). | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Marked "Confidential Supervisory Information." | | |
| 87-14 | August 13 | Email Memo | Mary Reisert | Paco Ybarra; Gregory Frenzel; Tyler Dickson; Manuel Falco; Jason Rekate; Richard Zogheb; Thomas Cole; John McAuley; Colleen Gerard; Kayur Patel; Santo Trombetta; Brendan Zeigon; Vincent Farrell; Eleanor Drew; Carolyn Sheridan; Gary Rosen; Christine Maye; Piyush Agrawal; Christian Buder; Brian Goldman; Jee Kymm; Satya Vithala; Ed Zagorski; Rohan Weerasinghe (cc); Adam Meshel (cc); Mei Lin Kwan-Gett (cc); Anita Romero (cc); Curtis Tao (cc); James Gledhill (cc); Kepler Geertsema (cc); Julio Gurdian (cc); Charlene Jones (cc); Tihitina Lina Dagnew (cc); Mary Reisert (cc) | FRBNY | AC, WP, BEP | Internal briefing memo prepared by Citi's internal counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessment of legal claims by internal and external counsel. It states that it is "Privileged & Confidential" and an "Attorney-Client Communication"; the cover email further explains that "Though Attorney-Client Privileged, we are sending this internal briefing email to you as Confidential Supervisory Information under 12 USC 1828(x)." | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Cover email is marked "Confidential Supervisory Information." | | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-15 | August 14 | Email Memo | Curtis Tao | Curtis Tao | FRBNY | AC, BEP | Summary prepared by Citi counsel, containing the results of lawyers' "inquiries to internal Citi colleagues." | Dcoument responds to specific request for information in connection with regulatory investigation. Marked "Confidential Supervisory Information." | | |
| 87-16 | August 15 | Email | Curtis Tao | Kathleen Aguiar; Michael Sutera (cc); Rohan Weerasinghe (cc); Adam Meshel (cc); Mary Reisert (cc) | FRBNY | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Marked "Confidential Supervisory Information." | | |
| 87-17 | August 14 | Memo | Mary Reisert; Charlene Jones; Julio Gurdian; Adam Meshel; Rohan Weerasinghe | Citigroup Board of Directors; Citibank Board of Directors | FRBNY | AC, WP, BEP | Internal briefing memo prepared by Citi's internal counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessment of legal claims by internal and external counsel, and discussion of legal strategy.  It states that it is "Privileged and Confidential." | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-18 | August 18 & 23 | Emails | Curtis Tao; Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Charles Sgro (cc); Adam Meshel (cc); Anita Romero (cc); Mei Lin Kwan-Gett (cc); Mary Reisert (cc); Karen Peetz (cc); Kevin Bailey (cc); Jenny Zou (cc); Shelley Dropkin (cc) | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. First-in-time email is marked "Confidential Supervisory Information" and notes that privileged information "is being shared with you as Confidential Supervisory Information under 12 USC 1828(x)." | Yes | |
| 87-19 | August 21 | PowerPoint | Eleanor Drew, Stuart Riley at the direction of Citi internal counsel | Citi Board of Directors | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. Cover email is marked "Confidential Supervisory Information." | Yes | |
| 87-20 | August 28 | Email | Curtis Tao | Mary Reisert; Constanti Pasvankias; Kathleen Aguiar; Michael Russo; Kevin Bailey; Julio Gurdian; Charlene Jones; Annette Hennessy; Lara Santini; John Leiby; Audrey Schwarz; Alyssa Mclaughlin; Michael Sutera; Ann Miner; Denise Schmedes; Greg Sullivan (cc); Sharon Farrell (cc); Karl Kolarsick (cc); John Weidmaier (cc) | FDIC; FRBNY; OCC | BEP | | Identifies specific questions from regulators in connection with regulatory investigation. Marked "Confidential Supervisory Information." | Yes | |
| 87-21 | August 28 & September 1 | Emails | Alyssa McLaughlin | Curtis Tao; Ann Miner; Audrey Schwarz; Kianne Gumbs | FRBNY | BEP | | Regulator's list of questions relating to regulatory investigation. Marked "RESTRICTED FR." | Yes | References matters beyond the August 11 transfer, which are irrelevant and not discoverable. |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-22 | September 4 | Email | Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Karen Peetz (cc) | FDIC; FRBNY; OCC | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Email subject line includes "Confidential Supervisory Information." | Yes | |
| 87-23 | September 1 | Memo | Stuart Riley; Diana Miller; Kevin Bailey; Mary Reisert; Charlene Jones; Curtis Tao; Christina Helburn; Joshua Levine | Citigroup Board of Directors; Citibank Board of Directors | FDIC; FRBNY; OCC | AC, WP, BEP | Briefing memo prepared by Citi counsel, and containing the product of interviews with staff by internal and external counsel, mental impressions and assessment of legal claims by internal and external counsel, and discussion of ongoing legal investigation. The memo is stamped "PRIVILEGED AND CONFIDENTIAL." | Document provided to update regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | Yes | |

# FDIC COMMUNICATIONS

BEP = bank examination/deliberative process privilege and protection of confidential supervisory information. The applicable regulator(s) have asserted those protections as to each document listed below.
AC = attorney-client privilege
WP = work product protection
Shading indicates document families
Red names are Citi counsel; **bold names** are regulatory personnel.

**Communications with the FDIC**

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? |
|---|---|---|---|---|---|---|---|---|---|
| 87-1 | August 13–14 | Emails | Curtis Tao; **Kathleen Aguiar** | **Kathleen Aguiar; Michael Sutera;** Curtis Tao; Mary Reisert (cc); Gregory Frenzel (cc); Beth Rudofker (cc) | FDIC | AC, WP, BEP | Emails prepared by Citi counsel, and containing the product of interviews with staff by internal counsel, mental impressions and assessment of legal claims by internal and external counsel. | Document contains questions from regulator followed by answers from Citi, relating to regulatory investigation. Marked "Confidential Supervisory Information." | |
| 87-2 | August 14 | Email | Curtis Tao | **Kathleen Aguiar; Michael Sutera;** Rohan Weerasinghe (cc); Adam Meshel (cc); Mary Reisert (cc) | FDIC | AC, BEP | Cover email contains summary of internal briefings and activity by internal legal counsel. States that it is attorney-client privileged and provided subject to 12 USC 1828(x). | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Marked "Confidential Supervisory Information." | |
| 87-3 | August 13 | Email Memo | Mary Reisert | Paco Ybarra; Gregory Frenzel; Tyler Dickson; Manuel Falco; Jason Rekate; Richard Zogheb; Thomas Cole; John McAuley; Colleen Gerard; Kayur Patel; Santo Trombetta; Brendan Zeigon; Vincent Farrell; Eleanor Drew; Carolyn Sheridan; Gary Rosen; Christine Maye; Piyush Agrawal; Christian Buder; Brian Goldman; Jee Kymm; Satya Vithala; Ed Zagorski; Rohan Weerasinghe (cc); Adam Meshel (cc); Mei Lin Kwan-Gett (cc); Anita Romero (cc); Curtis Tao (cc); James Gledhill (cc); Kepler Geertsema (cc); Julio Gurdian (cc); Charlene Jones (cc); Tihitina Lina Dagnew (cc); Mary Reisert (cc) | FDIC | AC, WP, BEP | Internal briefing memo prepared by Citi's internal counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessment of legal claims by internal and external counsel.  It states that it is "Privileged & Confidential" and an "Attorney-Client Communication"; the cover email further explains that "Though Attorney-Client Privileged, we are sending this internal briefing email to you as Confidential Supervisory Information under 12 USC 1828(x)." | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Cover email is marked "Confidential Supervisory Information." | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? |
|---|---|---|---|---|---|---|---|---|---|
| 87-4 | August 14 | Email Memo | Curtis Tao | Curtis Tao | FDIC | AC, BEP | Summary prepared by Citi counsel, containing the results of lawyers' "inquiries to internal Citi colleagues." | Dcoument responds to specific request for information in connection with regulatory investigation. Marked "Confidential Supervisory Information." | |
| 87-5 | August 15 | Email | Curtis Tao | Kathleen Aguiar; Michael Sutera (cc); Rohan Weerasinghe (cc); Adam Meshel (cc); Mary Reisert (cc) | FDIC | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Marked "Confidential Supervisory Information." | |
| 87-6 | August 14 | Memo | Stuart Riley; Mary Reisert; Charlene Jones; Adam Meshel; Rohan Weerasinghe | Citigroup Board of Directors; Citibank Board of Directors | FDIC | AC, WP, BEP | Internal briefing memo prepared by Citi's internal counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessment of legal claims by internal and external counsel, and discussion of legal strategy.  It states that it is "Privileged and Confidential." | Document provided to update regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? |
|------|---------|--------|-------------|-------------|--------------|-----------|------------------------------|------------------|--------------------|
| 87-7 | August 18 & 23 | Emails | Curtis Tao; Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Charles Sgro (cc); Adam Meshel (cc); Anita Romero (cc); Mei Lin Kwan-Gett (cc); Mary Reisert (cc); Karen Peetz (cc); Kevin Bailey (cc); Jenny Zou (cc); Shelley Dropkin (cc) | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. First-in-time email is marked "Confidential Supervisory Information" and notes that privileged information "is being shared with you as Confidential Supervisory Information under 12 USC 1828(x)." | Yes |
| 87-8 | August 21 | PowerPoint | Eleanor Drew, Stuart Riley at the direction of Citi internal counsel | Citi Board of Directors | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. Cover email is marked "Confidential Supervisory Information." | Yes |
| 87-9 | August 28 | Email | Curtis Tao | Mary Reisert; Constanti Pasvankias; Kathleen Aguiar; Michael Russo; Kevin Bailey; Julio Gurdian; Charlene Jones; Annette Hennessy; Lara Santini; John Leiby; Audrey Schwarz; Alyssa Mclaughlin; Michael Sutera; Ann Miner; Denise Schmedes; Greg Sullivan (cc); Sharon Farrell (cc); Karl Kolarsick (cc); John Weidmaier (cc) | FDIC; FRBNY; OCC | BEP | | Identifies specific questions from regulators in connection with regulatory investigation. Marked "Confidential Supervisory Information." | Yes |
| 87-10 | September 4 | Email | Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Karen Peetz (cc) | FDIC; FRBNY; OCC | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Email subject line includes "Confidential Supervisory Information." | Yes |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? |
|---|---|---|---|---|---|---|---|---|---|
| 87-11 | September 1 | Memo | Stuart Riley; Diana Miller; Kevin Bailey; Mary Reisert; Charlene Jones; Curtis Tao; Christina Helburn; Joshua Levine | Citigroup Board of Directors; Citibank Board of Directors | FDIC; FRBNY; OCC | AC, WP, BEP | Briefing memo prepared by Citi counsel, and containing the product of interviews with staff by internal and external counsel, mental impressions and assessment of legal claims by internal and external counsel, and discussion of ongoing legal investigation. The memo is stamped "PRIVILEGED AND CONFIDENTIAL." | Document provided to update regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | Yes |

OCC COMMUNCATIONS

BEP = bank examination/deliberative process privilege and protection of confidential supervisory information. The applicable regulator(s) have asserted those protections as to each document listed below.
AC = attorney-client privilege
WP = work product protection
Shading indicates document families
Red names are Citi counsel; **bold names** are regulatory personnel.

**Communications with the OCC**

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? |
|---|---|---|---|---|---|---|---|---|
| 87-24 | August 14 | Email | Curtis Tao | **Greg Sullivan**; **Lara Santini**; Brendan Zeigon; **Constanti Pasvankias**; Tyler Dickson; Jason Rekate; Santo Trombetta; Mary Reisert | OCC | AC, WP, BEP | Email includes information prepared by Citi counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessments of legal claims by internal and external counsel. | Response to question from regulator concerning background relating to regulatory investigation. Marked "Confidential Supervisory Information." | |
| 87-25 | August 14 | Email | Curtis Tao | **Greg Sullivan**; **Lara Santini** (cc); **Constantine Pasvankias** (cc); Paco Ybarra (cc); Gregory Frenzel (cc); Brad Hu (cc); Jason Rekate (cc); Tyler Dickson (cc); Karen Peetz (cc); Kevin Bailey (cc); Rohan Weerasinghe (cc) | OCC | AC, BEP | Cover email contains summary of internal briefings and activity by internal legal counsel. States that it is attorney-client privileged and provided subject to 12 USC 1828(x). | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Marked "Confidential Supervisory Information." | |
| 87-26 | August 13 | Email Memo | Mary Reisert | Paco Ybarra; Gregory Frenzel; Tyler Dickson; Manuel Falco; Jason Rekate; Richard Zogheb; Thomas Cole; John McAuley; Colleen Gerard; Kayur Patel; Santo Trombetta; Brendan Zeigon; Vincent Farrell; Eleanor Drew; Carolyn Sheridan; Gary Rosen; Christine Maye; Piyush Agrawal; Christian Buder; Brian Goldman; Jee Kymm; Satya Vithala; Ed Zagorski; Rohan Weerasinghe (cc); Adam Meshel (cc); Mei Lin Kwan-Gett (cc); Anita Romero (cc); Curtis Tao (cc); James Gledhill (cc); Kepler Geertsema (cc); Julio Gurdian (cc); Charlene Jones (cc); Tihitina Lina Dagnew (cc); Mary Reisert (cc) | OCC | AC, WP, BEP | Internal briefing memo prepared by Citi's internal counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessment of legal claims by internal and external counsel.  It states that it is "Privileged & Confidential" and an "Attorney-Client Communication"; the cover email further explains that "Though Attorney-Client Privileged, we are sending this internal briefing email to you as Confidential Supervisory Information under 12 USC 1828(x)." | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Cover email is marked "Confidential Supervisory Information." | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? |
|---|---|---|---|---|---|---|---|---|---|
| 87-27 | August 14 | Email Memo | Curtis Tao | Curtis Tao | OCC | AC, BEP | Summary prepared by Citi counsel, containing the results of lawyers' "inquiries to internal Citi colleagues." | Dcoument responds to specific request for information in connection with regulatory investigation. Marked "Confidential Supervisory Information." | |
| 87-28 | August 15 | Email | Curtis Tao | Kathleen Aguiar; Michael Sutera (cc); Rohan Weerasinghe (cc); Adam Meshel (cc); Mary Reisert (cc) | OCC | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Marked "Confidential Supervisory Information." | |
| 87-29 | August 14 | Memo | Mary Reisert; Charlene Jones; Julio Gurdian; Adam Meshel; Rohan Weerasinghe | Citigroup Board of Directors; Citibank Board of Directors | OCC | AC, WP, BEP | Internal briefing memo prepared by Citi's internal counsel, and containing the product of interviews with staff by internal counsel and mental impressions and assessment of legal claims by internal and external counsel, and discussion of legal strategy.  It states that it is "Privileged and Confidential." | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? |
|---|---|---|---|---|---|---|---|---|---|
| 87-30 | August 18 & 23 | Emails | Curtis Tao; Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Charles Sgro (cc); Adam Meshel (cc); Anita Romero (cc); Mei Lin Kwan-Gett (cc); Mary Reisert (cc); Karen Peetz (cc); Kevin Bailey (cc); Jenny Zou (cc); Shelley Dropkin (cc) | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. First-in-time email is marked "Confidential Supervisory Information" and notes that privileged information "is being shared with you as Confidential Supervisory Information under 12 USC 1828(x)." | Yes |
| 87-31 | August 21 | PowerPoint | Eleanor Drew, Stuart Riley at the direction of Citi internal counsel | Citi Board of Directors | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. Cover email is marked "Confidential Supervisory Information." | Yes |
| 87-32 | August 28 | Email | Curtis Tao | Mary Reisert; Constanti Pasvankias; Kathleen Aguiar; Michael Russo; Kevin Bailey; Julio Gurdian; Charlene Jones; Annette Hennessy; Lara Santini; John Leiby; Audrey Schwarz; Alyssa Mclaughlin; Michael Sutera; Ann Miner; Denise Schmedes; Greg Sullivan (cc); Sharon Farrell (cc); Karl Kolarsick (cc); John Weidmaier (cc) | FDIC; FRBNY; OCC | BEP | | Identifies specific questions from regulators in connection with regulatory investigation. Marked "Confidential Supervisory Information." | Yes |
| 87-33 | August 28 | Emails | John Leiby; Curtis Tao | Curtis Tao; John Leiby | OCC | BEP | | Regulator's questions and Citi's answers relating to regulatory investigation. Marked "Confidential Supervisory Information." | Yes |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? |
|------|---------|--------|-------------|-------------|--------------|-----------|------------------------------|------------------|--------------------|
| 87-34 | September 4 | Email | Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Karen Peetz (cc) | FDIC; FRBNY; OCC | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Email subject line includes "Confidential Supervisory Information." | Yes |
| 87-35 | September 1 | Memo | Stuart Riley; Diana Miller; Kevin Bailey; Mary Reisert; Charlene Jones; Curtis Tao; Christina Helburn; Joshua Levine | Citigroup Board of Directors; Citibank Board of Directors | FDIC; FRBNY; OCC | AC, WP, BEP | Briefing memo prepared by Citi counsel, and containing the product of interviews with staff by internal and external counsel, mental impressions and assessment of legal claims by internal and external counsel, and discussion of ongoing legal investigation. The memo is stamped "PRIVILEGED AND CONFIDENTIAL." | Document provided to update regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | Yes |

OUTSIDE DATE RANGE

BEP = bank examination/deliberative process privilege and protection of confidential supervisory information. The applicable regulator(s) have asserted those protections as to each document listed below
AC = attorney-client privilege
WP = work product protection
Shading indicates document families
Red names are Citi counsel; **bold names** are regulatory personnel.

**Documents that fall outside the agreed date range**

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-7 | August 18 & 23 | Emails | Curtis Tao; Kevin Bailey | **Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera;** Rohan Weerasinghe (cc); Charles Sgro (cc); Adam Meshel (cc); Anita Romero (cc); Mei Lin Kwan-Gett (cc); Mary Reisert (cc); **Karen Peetz** (cc); Kevin Bailey (cc); Jenny Zou (cc); Shelley Dropkin (cc) | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. First-in-time email is marked "Confidential Supervisory Information" and notes that privileged information "is being shared with you as Confidential Supervisory Information under 12 USC 1828(x)." | Yes | |
| 87-8 | August 21 | PowerPoint | Eleanor Drew, Stuart Riley at the direction of Citi internal counsel | Citi Board of Directors | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. Cover email is marked "Confidential Supervisory Information." | Yes | |
| 87-9 | August 28 | Email | Curtis Tao | Mary Reisert; **Constanti Pasvankias; Kathleen Aguiar; Michael Russo;** Kevin Bailey; Julio Gurdian; Charlene Jones; **Annette Hennessy; Lara Santini; John Leiby; Audrey Schwarz; Alyssa Mclaughlin; Michael Sutera; Ann Miner; Denise Schmedes; Greg Sullivan** (cc); Sharon Farrell (cc); Karl Kolarsick (cc); **John Weidmaier** (cc) | FDIC; FRBNY; OCC | BEP | | Identifies specific questions from regulators in connection with regulatory investigation. Marked "Confidential Supervisory Information." | Yes | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-10 | September 4 | Email | Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Karen Peetz (cc) | FDIC; FRBNY; OCC | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Email subject line includes "Confidential Supervisory Information." | Yes | |
| 87-11 | September 1 | Memo | Stuart Riley; Diana Miller; Kevin Bailey; Mary Reisert; Charlene Jones; Curtis Tao; Christina Helburn; Joshua Levine | Citigroup Board of Directors; Citibank Board of Directors | FDIC; FRBNY; OCC | AC, WP, BEP | Briefing memo prepared by Citi counsel, and containing the product of interviews with staff by internal and external counsel, mental impressions and assessment of legal claims by internal and external counsel, and discussion of ongoing legal investigation. The memo is stamped "PRIVILEGED AND CONFIDENTIAL." | Document provided to update regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | Yes | |
| 87-18 | August 18 & 23 | Emails | Curtis Tao; Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Charles Sgro (cc); Adam Meshel (cc); Anita Romero (cc); Mei Lin Kwan-Gett (cc); Mary Reisert (cc); Karen Peetz (cc); Kevin Bailey (cc); Jenny Zou (cc); Shelley Dropkin (cc) | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. First-in-time email is marked "Confidential Supervisory Information" and notes that privileged information "is being shared with you as Confidential Supervisory Information under 12 USC 1828(x)." | Yes | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-19 | August 21 | PowerPoint | Eleanor Drew, Stuart Riley at the direction of Citi internal counsel | Citi Board of Directors | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. Cover email is marked "Confidential Supervisory Information." | Yes | |
| 87-20 | August 28 | Email | Curtis Tao | Mary Reisert; Constanti Pasvankias; Kathleen Aguiar; Michael Russo; Kevin Bailey; Julio Gurdian; Charlene Jones; Annette Hennessy; Lara Santini; John Leiby; Audrey Schwarz; Alyssa Mclaughlin; Michael Sutera; Ann Miner; Denise Schmedes; Greg Sullivan (cc); Sharon Farrell (cc); Karl Kolarsick (cc); John Weidmaier (cc) | FDIC; FRBNY; OCC | BEP | | Identifies specific questions from regulators in connection with regulatory investigation. Marked "Confidential Supervisory Information." | Yes | |
| 87-21 | August 28 & September 1 | Emails | Alyssa McLaughlin | Curtis Tao; Ann Miner; Audrey Schwarz; Kianne Gumbs | FRBNY | BEP | | Regulator's list of questions relating to regulatory investigation. Marked "RESTRICTED FR." | Yes | References matters beyond the August 11 transfer, which are irrelevant and not discoverable. |
| 87-22 | September 4 | Email | Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Karen Peetz (cc) | FDIC; FRBNY; OCC | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Email subject line includes "Confidential Supervisory Information." | Yes | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 87-23 | September 1 | Memo | Stuart Riley; Diana Miller; Kevin Bailey; Mary Reisert; Charlene Jones; Curtis Tao; Christina Helburn; Joshua Levine | Citigroup Board of Directors; Citibank Board of Directors | FDIC; FRBNY; OCC | AC, WP, BEP | Briefing memo prepared by Citi counsel, and containing the product of interviews with staff by internal and external counsel, mental impressions and assessment of legal claims by internal and external counsel, and discussion of ongoing legal investigation. The memo is stamped "PRIVILEGED AND CONFIDENTIAL." | Document provided to update regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | Yes | |
| 87-30 | August 18 & 23 | Emails | Curtis Tao; Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Charles Sgro (cc); Adam Meshel (cc); Anita Romero (cc); Mei Lin Kwan-Gett (cc); Mary Reisert (cc); Kevin Bailey (cc); Karen Peetz (cc); Jenny Zou (cc); Shelley Dropkin (cc) | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. First-in-time email is marked "Confidential Supervisory Information" and notes that privileged information "is being shared with you as Confidential Supervisory Information under 12 USC 1828(x)." | Yes | |
| 87-31 | August 21 | PowerPoint | Eleanor Drew, Stuart Riley at the direction of Citi internal counsel | Citi Board of Directors | FDIC; FRBNY; OCC | BEP | | Document responds to specific request for information in connection with regulatory investigation. Cover email is marked "Confidential Supervisory Information." | Yes | |

| Dkt. | Date(s) | Format | From/Author | To, CC, BCC | Regulator(s) | Privilege | Attorney–Client/Work Product | Bank Examination | Beyond Date Range? | Notes |
|------|---------|--------|-------------|-------------|--------------|-----------|------------------------------|------------------|--------------------|-------|
| 87-32 | August 28 | Email | Curtis Tao | Mary Reisert; Constanti Pasvankias; Kathleen Aguiar; Michael Russo; Kevin Bailey; Julio Gurdian; Charlene Jones; Annette Hennessy; Lara Santini; John Leiby; Audrey Schwarz; Alyssa Mclaughlin; Michael Sutera; Ann Miner; Denise Schmedes; Greg Sullivan (cc); Sharon Farrell (cc); Karl Kolarsick (cc); John Weidmaier (cc) | FDIC; FRBNY; OCC | BEP | | Identifies specific questions from regulators in connection with regulatory investigation. Marked "Confidential Supervisory Information." | Yes | |
| 87-33 | August 28 | Emails | John Leiby; Curtis Tao | Curtis Tao; John Leiby | OCC | BEP | | Regulator's questions and Citi's answers relating to regulatory investigation. Marked "Confidential Supervisory Information." | Yes | |
| 87-34 | September 4 | Email | Kevin Bailey | Greg Sullivan; Lara Santini; Constantine Pasvankias; Annette Hennessy; John Leiby; Michael Russo; Denise Schmedes; Ann Miner; Alyssa Mclaughlin; Audrey Schwarz; Kathleen Aguiar; Michael Sutera; Rohan Weerasinghe (cc); Karen Peetz (cc) | FDIC; FRBNY; OCC | BEP | | Document updates regulators in response to ongoing requests for information relating to regulatory investigation. Email subject line includes "Confidential Supervisory Information." | Yes | |
| 87-35 | September 1 | Memo | Stuart Riley; Diana Miller; Kevin Bailey; Mary Reisert; Charlene Jones; Curtis Tao; Christina Helburn; Joshua Levine | Citigroup Board of Directors; Citibank Board of Directors | FDIC; FRBNY; OCC | AC, WP, BEP | Briefing memo prepared by Citi counsel, and containing the product of interviews with staff by internal and external counsel, mental impressions and assessment of legal claims by internal and external counsel, and discussion of ongoing legal investigation. The memo is stamped "PRIVILEGED AND CONFIDENTIAL." | Document provided to update regulators in response to ongoing requests for information relating to regulatory investigation. Document discusses specific questions from regulators and Citi's responses. Cover email is marked "Confidential Supervisory Information." | Yes | |