

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

Christopher J. Houpt
Partner
T: +1 212 506-2380
F: +1 212 849-5830
CHoupt@mayerbrown.com

October 6, 2020

BY ECF

Hon. Jesse M. Furman
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York, NY 10007

Re:   In re Citibank August 11, 2020 Wire Transfers,
      No. 1:20-cv-06539 (JMF)

Dear Judge Furman:

We represent Citibank, N.A. in the above-captioned case. This evening, Defendants' counsel asked that we update the previously filed privilege log to include the subject line or document name of each document. We served the enclosed updated log on counsel and are providing it here for the Court's reference as well. We have redacted, in both the served and filed logs, a portion of the (identical) subject lines of three emails that would reveal the content of a question from regulators.

Respectfully submitted,

*/s/ Christopher J. Houpt*
Christopher J. Houpt

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).