UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIBANK AUGUST 11, 2020 WIRE TRANSFERS | No. 1:20-cv-06539 (JMF) |

## CITIBANK'S NOTICE OF DISMISSAL OF COMPLAINT AGAINST DEFENDANT INVESTCORP CREDIT MANAGEMENT US LLC

PLEASE TAKE NOTICE that Plaintiff Citibank, National Association ("Citibank"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against defendant Investcorp Credit Management US LLC ("Investcorp"). This notice does not apply to any other party.

Investcorp has filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Dated: October 14, 2020
New York, New York

THE LAW OFFICES OF JOHN F. BAUGHMAN, PLLC

By:   /s/ John F. Baughman
John F. Baughman
Nathaniel E. Marmon
Andrew H. Reynard
299 Broadway, Suite 203
New York, New York 10007
(347) 241-6347

MAYER BROWN LLP

Matthew D. Ingber
Christopher J. Houpt
Richard A. Spehr
Michael Rayfield
Allison J. Zolot
Anjanique M. Watt
Alina Artunian

                              Luc W. M. Mitchell
                              1221 Avenue of the Americas
                              New York, New York 10020
                              (212) 506-2500

                              *Attorneys for Plaintiff Citibank, N.A.*