# EXHIBIT C

**To:** '[jpmorgan.com] Babu, Satish K'[satish.k.babu@jpmorgan.com]
**Cc:** Bank Loans[Bank_Loans@jpmorgan.com]; Bank Loan Admin[bank.loan.admin@jpmorgan.com]; Verma, Nitin[nitin.verma@jpmorgan.com]; Mehta, Akshay M[akshay.m.mehta@jpmorgan.com]
**From:** Patterson, Rick [ICG-OPS NE][/o=Citimail/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=41a98fb0319d490188678d0a4d8f4bd3-rp47552]
**Sent:** Mon 8/17/2020 11:59:48 AM (UTC-04:00)
**Subject:** RE: Revlon Term Loan Over Payment

Satish,

Thank you very much. Can you please confirm that you sent the wires this morning per your email response? Thanks

Best regards,

Rick Patterson
Investor Relations Manager
Citi- ICG Global Loans
rick.patterson@citi.com


**From:** [jpmorgan.com] Babu, Satish K <satish.k.babu@jpmorgan.com>
**Sent:** Friday, August 14, 2020 5:35 PM
**To:** Patterson, Rick [ICG-OPS NE]
**Cc:** Bank Loans; Bank Loan Admin; Verma, Nitin; Mehta, Akshay M
**Subject:** RE: Revlon Term Loan Over Payment

Hello Rick,

Wires will be sent first thing on Monday, we passed cutoff for today.

**Regards,**

**Satish K B | Team Lead | U.S Bank Loans**
**Asset Management Operations**
1st Floor, Platina, Near Marathahalli Junction, Sarjapur Outer Ring Road, Bangalore – 5600087, India
Direct Line: +91 80 67906656 | Mobile: +91 7795281897 |   email: satish.k.babu@jpmorgan.com
J P Morgan Service India Private Ltd |



Alternate contact – Akshay Mehta | Phone: +91 22 612 52286  | Mobile# +91 9323669737 | E-mail: Akshay.x.mehta@restricted.chase.com
Escalation contact – Nitin Verma  | Phone +91 22 612 52975 | Mobile : +91 9773430415 | Email: nitin.verma@jpmorgan.com

**From:** Patterson, Rick [mailto:rick.patterson@citi.com]
**Sent:** Thursday, August 13, 2020 1:38 PM
**To:** Bank Loan Admin <bank.loan.admin@jpmorgan.com>
**Cc:** Bank Loans <Bank_Loans@jpmorgan.com>
**Subject:** Revlon Term Loan Over Payment

Hello,

Please be advised that on August 11th 2020 regarding "REVLON TERM LOAN 2016 – Global Amount 893,944,008.52", we have paid Interest accrual from May 29th to August 11th. An additional amount was included in your interest payment in error and you were overpaid. Please return the amount listed below as soon as possible.

Citibank NA
ABA: 021000089
Account: 36852248

Highly Confidential                                                                                                                                                                                                                              Citi00005381

Account Name: Medium Term Finance
Reference: Revlon Return of 8/11/2020 overpayment

| | | |
|---|---|---|
| AON HEWITT COLLECTIVE INVESTMENT TRUST | JP MORGAN INVEST MNGMT | 48,125.00 |
| AON HEWITT INVESTMENT CONSULTING INC (FKA) HEWITT ENNISKNUPP INC (FKA AON INVESTMENT CONSULTING INC)(JPMORGAN CHASE) | JP MORGAN INVEST MNGMT | 755,087.49 |
| COMMINGLED PENSION TRUST FUND (HIGH YIELD) OF JPMORGAN CHASE BANK, N.A.(FKA : - COMMINGLED PENSION TRUST FUND (HIGH YIELD BOND) OF JPMC BANK NA) | JP MORGAN INVEST MNGMT | 3,652,719.27 |
| JPMIM - SIOF HIGH YIELD FUND | JP MORGAN INVEST MNGMT | 7,929,273.24 |
| LOUISIANA STATE EMPLOYEES' RETIREMENT SYSTEM (JP MORGAN ASSET) | JP MORGAN INVEST MNGMT | 372,491.40 |
| LVIP-JP MORGAN HIGH YIELD FUND (JP MORGAN ASSET MANAGEMENT-CINCINATTI) | JPMORGAN ASSET MANAGEMENT | 1,418,740.01 |

Best regards,

Rick Patterson
Investor Relations Manager
Citi- ICG Global Loans
rick.patterson@citi.com

This message is confidential and subject to terms at: https://www.jpmorgan.com/emaildisclaimer including on confidential, privileged or legal entity information, malicious content and monitoring of electronic messages. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use is strictly prohibited.

Highly Confidential