

Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020-1001

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Christopher J. Houpt**
Direct Tel +1 212 506 2380
Direct Fax +1 212 849 5973
CHoupt@mayerbrown.com

October 19, 2020

<u>VIA ECF</u>

Hon. Jesse M. Furman
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Centre Street, Room 2202
New York, NY 10007

Re:   <u>*In re Citibank August 11, 2020 Wire Transfers,*
      No. 1:20-cv-06539 (JMF)</u>

Dear Judge Furman:

    We represent Citibank and write in response to Defendants' submission on a discovery motion, which they filed last night.  Dkt. 118.  We respectfully request that Your Honor disregard or strike this filing.  Discovery disputes are governed by Section 2(C) of your Individual Rules and Practices in Civil Cases, as well as Paragraph 6 of the Scheduling Order, Dkt. 46, neither of which provides for replies.

    Defendants' motion should be denied for the reasons set forth in Citibank's timely opposition.  Dkt. 117.  We are available to discuss this further at Your Honor's convenience.

Respectfully,

*/s/ Christopher J. Houpt*
Christopher J. Houpt

Mayer Brown LLP operates in combination with other Mayer Brown entities, which have offices in North America,
Europe and Asia and are associated with Tauil & Chequer Advogados, a Brazilian law partnership.