**THE LAW OFFICES OF JOHN F. BAUGHMAN, PLLC**
299 Broadway – Suite 203
New York, NY 10007

October 23, 2020

**Via ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> In light of Symphony's response, see ECF No. 132, the request to seal is DENIED. Citibank is cautioned that future failures to provide Defendants with a meaningful opportunity to review proposed sealing or redactions, or to actually confer when required by the Court's rules, may result in sanctions. The Clerk of Court is directed to terminate ECF No. 124 and to convert ECF No. 126 to public view with no restrictions on access. SO ORDERED.
>
> October 29, 2020

*Citibank, N.A. v. Brigade Capital Manager, LP, et al.*
No. 1-20-cv-06539 (JMF)

Dear Judge Furman:

Pursuant to Sections 7(C)(iii) of Your Honor's Individual Rules and Practices in Civil Cases (the "Individual Rules"), Plaintiff Citibank, N.A. ("Citibank") respectfully moves to redact portions of the deposition transcripts appended as Exhibits C and D to Citibank's motion to compel (filed contemporaneously herewith), and to redact deposition testimony quoted in that motion.

These transcripts need to be redacted because (i) the fact discovery deadline in this case is today, (ii) the transcripts are automatically designated "Highly Confidential" under the protective order for 5 business days after receipt of the final transcript unless the parties agree otherwise (*see* Dkt. 81 at 3(B)), and Citibank did not receive these transcripts until Monday, October 19, nor have Defendants made confidentiality designations for any portion of these transcripts, and (iii) Defendants have not consented to the public filing of these transcripts.

As further required by Your Honor's Individual Rules, we have notified the defendants that they must file, within three days, a letter explaining the need to seal or redact Citibank's motion and Exhibits C and D thereto.

We are available to discuss this further at Your Honor's convenience.

Respectfully submitted,

/s/ John F. Baughman

John F. Baughman

*Counsel for Citibank, N.A.*

cc: All counsel of Record (Via ECF)