**THE LAW OFFICES OF JOHN F. BAUGHMAN, PLLC**
299 Broadway – Suite 203
New York, NY 10007

November 9, 2020

**Via ECF**

Hon. Jesse Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*In re Citibank August 11, 2020 Wire Transfers*
*No. 1:20-cv-06539-JMF*

Dear Judge Furman:

I represent Citibank. As the Court requested at today's conference, I am writing to suggest vendors capable of managing a fully remote trial. I have checked with each of them and all are available to discuss the matter further with Your Honor or your staff.

***FTI Consulting***: FTI has done remote trials using a Commercial Zoom platform. It just completed one in New Jersey: *Mitsubishi Tanabe Pharma Corp. v. Zydus Pharmaceuticals (USA) Inc.,* in front of the Hon. Freda L. Wolfson. The contact person at FTI is:

> Steve Schwartz
> Steve.schwartz@fticonsulting.com
> (212) 841-9387

***Impact Trial Consulting:*** Impact has done remote trials using a Government Zoom platform. It recently completed the first hybrid trial in the SDNY: *Syntel Sterling Best Shores Mauritius Ltd. v. The Trizetto Group, Inc.*, in front of the Hon. Lorna G. Schofield. The contact person at Impact is:

> Jesse Stevenson
> jstevenson@impacttrial.com
> (917) 722-0801

***Court Scribes:*** Court Scribes has done remote trials in San Francisco and in the Delaware Chancery Court, using a Zoom platform. One notable recent trial is: *In re Appraisal of Regal Entertainment Group,* in front of Vice Chancellor Laster. The contact person at Court Scribes is:

> David Blaze
> dblaze@courtscribes.com
> (833) 727-4237 x700

2

All three of these vendors can live stream proceedings for public viewing, subject to Court approval.

I previously provided these suggestions to defense counsel. Citibank would be happy with any of these vendors.

                                                                                          Respectfully submitted,

                                                                                          /s/ John F. Baughman

                                                                                          John F. Baughman
                                                                                          Counsel for Citibank

cc:     All counsel via ECF