# EXHIBIT A

**Joint Pre-Trial Order Exhibit A**

**Stipulations or Agreed Statements of Fact to Which All Parties Consent**

1. Revlon Consumer Products Corporation, Revlon, Inc., Citibank, N.A., and Lenders are parties to a Term Credit Agreement dated as of September 7, 2016, as amended on May 7, 2020 (the "Credit Agreement"). (PX 0485; PX 0556.)

2. The Credit Agreement provided for a $1.8 billion term loan (the "2016 Revlon Term Loan").

3. Citibank is a bank organized under the National Bank Act with its headquarters in South Dakota.

4. Defendant Brigade Capital Management, LP ("Brigade") is corporation organized under the laws of Delaware and is headquartered in New York.

5. Defendant Allstate Investment Management Company ("Allstate") is a limited liability company organized under the laws of Delaware.

6. Defendant Zais Group LLC ("Zais") is a foreign limited liability company organized under the laws of Delaware.

7. Defendant Greywolf Loan Management LP ("Greywolf") is a limited partnership organized under the laws of Delaware.

8. Defendant Medalist Partners Corporate Finance LLC ("Medalist") is a limited liability company organized under the laws of Delaware.

9. Defendant Tall Tree Investment Management LLC ("Tall Tree") is a limited liability company organized under the laws of Delaware.

10. Defendant New Generation Advisors LLC ("New Generation") is a limited liability company organized under the laws of Massachusetts.

11. Defendant HPS Investment Partners, LLC ("HPS") is corporation organized under the laws of Delaware and is headquartered in New York.

12. Defendant Symphony Asset Management, LLC ("Symphony") is a corporation organized under the laws of California. It has its principal place of business in San Francisco, CA, but also has an office at 100 Park Avenue, New York, New York 10017.

13. Defendant Bardin Hill Loan Management LLC ("Bardin Hill") is a limited liability company organized under the laws of Delaware.

14. Defendants are investment managers or collateral managers for client funds ("Clients"), and those Clients received funds from Citibank on August 11, 2020 in connection with

the Revlon 2016 Term Loan. Defendants and their Clients are all listed in the attached Exhibit A.1.

15. On August 11, 2020, each Client was a lender to Revlon under the 2016 Revlon Term Loan.

16. On August 11, 2020, each Client received from Citibank by wire transfer the amount set forth in the following table, which amount was equal to the combined outstanding principal and accrued interest on that day:

**Brigade Clients**

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| ACIS CLO 2014-5 Ltd. | $2,771,208.23 | $24,209.58 | $2,795,417.81 |
| Battalion CLO IX Ltd. | $4,672,318.15 | $40,817.89 | $4,713,136.04 |
| Battalion CLO VII Ltd. | $4,674,202.06 | $40,834.35 | $4,715,036.41 |
| Battalion CLO VIII Ltd. | $5,068,312.34 | $44,277.34 | $5,112,589.68 |
| Battalion CLO X Ltd. | $3,233,418.17 | $28,247.50 | $3,261,665.67 |
| Battalion CLO XI Ltd. | $5,079,994.91 | $44,379.40 | $5,124,374.31 |
| Battalion CLO XII Ltd. | $1,821,197.60 | $15,910.18 | $1,837,107.79 |
| Battalion CLO XIV Ltd. | $869,878.02 | $7,599.35 | $877,477.37 |
| Big River Group Fund SPC LLC | $1,293,954.55 | $11,284.49 | $1,305,239.04 |
| Blue Falcon Limited | $4,032,315.18 | $35,226.75 | $4,067,541.94 |
| Brigade Credit Fund II Ltd. | $39,781,444.61 | $347,159.61 | $40,128,604.22 |
| Brigade Debt Funding I, Ltd. | $3,859,319.53 | $33,715.44 | $3,893,034.97 |
| Brigade Debt Funding II, Ltd. | $2,891,977.61 | $25,264.64 | $2,917,242.24 |
| Brigade Distressed Value Master Fund Ltd. | $2,992,227.98 | $2,825.99 | $2,995,053.97 |
| Brigade Diversified Credit CIT | $1,271,114.54 | $11,081.40 | $1,282,195.94 |
| Brigade Opportunistic Credit LBG Fund Ltd. | $17,468,301.42 | $152,424.25 | $17,620,725.67 |
| City of Phoenix Employees' Retirement Plan | $869,659.86 | $7,579.09 | $877,238.94 |
| Delta Master Trust | $2,600,081.41 | $22,647.13 | $2,622,728.54 |
| FCA Canada Inc. Elected Master Trust | $542,163.01 | $4,724.93 | $546,887.95 |
| FCA US LLC Master Retirement Trust | $1,643,028.73 | $14,294.96 | $1,657,323.70 |
| FedEx Corporation Employees' Pension Trust | $5,670,171.68 | $49,400.57 | $5,719,572.25 |
| Future Directions Credit Opportunities Fund | $3,649,935.77 | $31,886.24 | $3,681,822.02 |

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| Goldman Sachs Trust II - Goldman Sachs Multi-Manager Non-Core Fixed Income Fund | $1,403,341.99 | $12,259.75 | $1,415,601.74 |
| Illinois State Board of Investment | $3,959,936.14 | $34,530.15 | $3,994,466.30 |
| JPMorgan Chase Retirement Plan Brigade | $553,091.93 | $4,831.87 | $557,923.80 |
| JPMorgan Chase Retirement Plan Brigade Bank Loan | $1,159,789.49 | $10,132.05 | $1,169,921.54 |
| Los Angeles County Employees Retirement Association | $9,477,040.97 | $82,792.48 | $9,559,833.46 |
| Mediolanum Best Brands | $7,445,819.23 | $65,047.50 | $7,510,866.73 |
| New York City Fire Department Pension Fund | $449,209.93 | $3,924.35 | $453,134.28 |
| New York City Police Pension Fund | $885,555.47 | $7,736.31 | $893,291.78 |
| Northrop Grumman Pension Master Trust | $1,975,772.60 | $17,107.36 | $1,992,879.95 |
| Panther BCM, LLC | $1,528,123.39 | $13,349.86 | $1,541,473.25 |
| SC CREDIT OPPORTUNITIES MANDATE LLC | $3,167,244.27 | $27,621.40 | $3,194,865.67 |
| SEI Global Master Fund Plc the SEI High Yield Fixed Income Fund | $1,774,217.87 | $15,499.76 | $1,789,717.63 |
| SEI Institutional Investments Trust-High Yield Bond Fund | $7,967,831.48 | $69,572.90 | $8,037,404.37 |
| SEI Institutional Managed Trust - Multi-Strategy Alternative Fund | $855,770.95 | $7,446.24 | $863,217.20 |
| SEI Institutional Managed Trust-High Yield Bond Fund | $4,956,765.26 | $43,297.58 | $5,000,062.83 |
| Teachers' Retirement System of the City of New York | $3,033,982.48 | $26,505.21 | $3,060,487.69 |
| The Coca-Cola Company Master Retirement Trust | $5,900,224.88 | $51,455.30 | $5,951,680.19 |
| U.S. High Yield Bond Fund | $1,401,553.84 | $12,244.13 | $1,413,797.97 |
| Brigade Leveraged Capital Structures Fund Ltd. - Citi TRS (Citi USPTRS1 Loan Funding LLC) | $31,782,683.71 | $277,657.06 | $32,060,340.77 |

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| Panther BCM, LLC - Citi TRS (Citi USPTRS1 Loan Funding LLC) | $4,793,291.48 | $41,874.73 | $4,835,166.21 |

**Allstate Clients**

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| AIMCO CLO 2015-A | $994,711.38 | $8,689.91 | $1,003,401.29 |
| AIMCO CLO 2017-A | $1,107,794.84 | $9,677.82 | $1,117,472.66 |
| AIMCO CLO 2018-A | $810,340.06 | $7,079.22 | $817,419.28 |
| AIMCO CLO 2018-B | $798,421.37 | $6,975.20 | $805,396.47 |
| AIMCO CLO 10 | $735,503.94 | $6,425.44 | $741,929.38 |
| Allstate Life Insurance Company | $760,928.88 | $6,647.56 | $767,576.44 |
| Allstate Insurance Company | $5,336,328.29 | $46,618.76 | $5,382,947.05 |

**Zais Clients**

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| ZAIS CLO 1, Limited | $950,347.23 | $8,302.34 | $958,649.57 |
| ZAIS CLO 2, Limited | $972,222.23 | $8,492.44 | $980,715.67 |
| ZAIS CLO 5, Limited | $1,465,754.87 | $12,805.00 | $1,478,559.87 |
| ZAIS CLO 6, Limited | $2,430,555.56 | $21,233.60 | $2,451,789.16 |
| ZAIS CLO 7, Limited | $3,893,811.53 | $34,016.77 | $3,927,828.30 |
| ZAIS CLO 8, Limited | $2,439,188.98 | $21,309.03 | $2,460,498.01 |
| ZAIS CLO 9, Limited | $1,469,465.65 | $12,837.42 | $1,482,303.07 |
| ZAIS CLO 11, Limited | $989,717.23 | $8,646.28 | $998,363.51 |
| ZAIS CLO 13, Limited | $989,717.23 | $8,646.28 | $998,363.51 |

**Greywolf Clients**

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| GREYWOLF CLO IV LTD REISSUE | $4,812,500.00 | $42,042.53 | $4,854,542.53 |

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| GREYWOLF CLO II LTD | $3,888,888.89 | $33,973.77 | $3,922,862.66 |
| GREYWOLF CLO V LTD | $7,218,750.00 | $63,063.80 | $7,281,813.80 |

**Medalist Clients**

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| JMP CREDIT ADVISORS CLO III R LTD (FKA) JMP CREDIT ADVISORS CLO III LTD | $1,925,000.00 | $16,817.01 | $1,941,817.01 |
| JMP CREDIT ADVISORS CLO IV LTD | $1,929,836.69 | $16,859.27 | $1,946,695.96 |
| JMP CREDIT ADVISORS CLO V LTD | $680,007.74 | $5,940.62 | $685,948.36 |

**Tall Tree Clients**

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| LOCKWOOD GROVE CLO LTD | $2,887,500.00 | $25,225.52 | $2,912,725.52 |
| MONARCH GROVE CLO LTD | $481,250.00 | $4,204.25 | $485,454.25 |
| EVANS GROVE CLO LTD | $481,250.00 | $4,204.25 | $485,454.25 |

**New Generation Clients**

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| New Generation LP | $2,735,788.12 | $23,900.15 | $2,759,688.27 |

**HPS Clients**

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| Arch Investment Holdings IV LTD | $493,341.71 | $4,309.89 | $497,651.60 |
| LIQUID LOAN OPPORTUNITIES MASTER FUND LP (FKA) HIGHBRIDGE LIQUID LOAN OPPORTUNITIES MASTER FUND LP (HIGHBRIDGE CAPITAL MANAGEMENT LLC) | $16,248,944.68 | $141,952.59 | $16,390,897.27 |
| HPS LOAN MANAGEMENT 3 2014 LTD (FKA) HIGHBRIDGE LOAN MANAGEMENT 3 2014 LTD | $5,980,656.27 | $52,247.68 | $6,032,903.95 |
| HPS LOAN MANAGEMENT 2013 2 LTD (FKA) HIGHBRIDGE LOAN MANAGEMENT 2013 2 LTD (FKA LOMBARDI 2013 2 LLC) | $5,122,945.64 | $44,754.62 | $5,167,700.26 |
| HPS LOAN MANAGEMENT 5 2015 LTD (FKA) HIGHBRIDGE LOAN MANAGEMENT 5 2015 LTD | $5,923,507.04 | $51,748.42 | $5,975,255.46 |
| HPS LOAN MANAGEMENT 4 2014 LTD (FKA) HIGHBRIDGE LOAN MANAGMENT 4 2014 LTD | $6,404,778.80 | $55,952.86 | $6,460,731.66 |
| ZALICO VL SERIES ACCOUNT 2 | $619,095.48 | $5,408.49 | $624,503.97 |
| ZURICH AMERICAN INSURANCE COMPANY | $14,510,050.25 | $126,761.41 | $14,636,811.66 |
| HPS LOAN MANAGEMENT 6 2015 LTD (FKA) HIGHBRIDGE LOAN MANAGEMENT 6 2015 LTD | $7,281,666.74 | $63,613.45 | $7,345,280.19 |

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| HPS LOAN MANAGEMENT 7 2015 LTD  (FKA) HIGHBRIDGE LOAN MANAGEMENT 7 2015 LTD | $6,307,249.94 | $55,100.84 | $6,362,350.78 |
| GIM CREDIT MASTER LUX SARL  (FKA) HPS GIM CREDIT MASTER LUX SARL (FKA) HIGHBRIDGE GIM CREDIT MASTER LUX SARL | $30,471,105.53 | $266,198.96 | $30,737,304.49 |
| WATFORD ASSET TRUST I | $8,887,156.98 | $77,639.19 | $8,964,796.17 |
| INSTITUTIONAL CREDIT FUND  SUBSIDIARY LP (FKA) HPS INSTITUTIONAL CREDIT FUND SUBSIDIARY LP | $3,500,699.94 | $30,582.50 | $3,531,282.44 |
| HPS LOAN MANAGEMENT 8 2016 LTD  (FKA) HIGHBRIDGE LOAN MANAGEMENT 8 2016 LTD | $1,925,000.00 | $16,817.01 | $1,941,817.01 |
| HPS LOAN MANAGEMENT 9 2016 LTD | $5,582,960.23 | $48,773.36 | $5,631,733.59 |
| HPS LOAN MANAGEMENT 10 2016 LTD | $6,737,500.00 | $58,859.55 | $6,796,359.55 |
| HPS LOAN MANAGEMENT 11 2017 LTD  (FKA) JORDY WAREHOUSE 2016 LTD | $4,836,683.42 | $42,253.80 | $4,878,937.22 |
| CARDINAL FUND LP | $3,240,577.88 | $28,310.05 | $3,268,887.93 |

**Symphony Clients**

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| Nuveen Senior Income Fund | $2,513,845.03 | $21,961.23 | $2,535,806.26 |
| Nuveen Diversified Dividend and Income Fund | $746,003.58 | $6,517.17 | $752,520.75 |
| Nuveen Floating Rate Income Fund | $5,027,689.97 | $43,922.46 | $5,071,612.43 |
| Nuveen Floating Rate Income Opportunity Fund | $3,633,536.78 | $31,742.98 | $3,665,279.76 |
| Nuveen Credit Strategies Income Fund | $15,055,796.61 | $131,529.11 | $15,187,325.72 |
| Municipal Employees Annuity & Benefit Fund of Chicago | $1,008,331.09 | $8,808.89 | $1,017,139.98 |
| Nuveen Symphony High Yield Income Fund | $7,347,134.31 | $64,185.38 | $7,411,319.69 |
| Nuveen Symphony Floating Rate Income Fund | $3,979,650.76 | $34,766.67 | $4,014,417.43 |
| Nuveen Short Duration Credit Opportunities Fund | $2,140,156.78 | $18,696.65 | $2,158,853.43 |
| Symphony Floating Rate Senior Loan Fund | $1,488,267.74 | $13,001.67 | $1,501,269.41 |
| Principal Funds, Inc. - Diversified Real Asset Fund | $3,670,168.61 | $32,063.00 | $3,702,231.61 |
| California Street CLO IX Limited Partnership | $3,853,806.65 | $33,667.28 | $3,887,473.93 |
| Principal Diversified Real Asset CIT | $1,835,083.93 | $16,031.51 | $1,851,115.44 |
| California Street CLO XII, LTD. | $5,878,829.89 | $51,358.11 | $5,930,188.00 |
| Menard, Inc. | $3,247,347.84 | $28,369.19 | $3,275,717.03 |
| BayCity Senior Loan Fund, L.P. (FKA) BAYCITY SENIOR LOAN MASTER FUND  LTD (FKA) SYMPHONY SENIOR LOAN MASTER FUND LTD | $2,484,983.45 | $21,709.09 | $2,506,692.54 |
| Symphony CLO XIV, Ltd. | $6,524,108.31 | $56,995.34 | $6,581,103.65 |
| Nomura Multi Managers Fund - Global Bond | $567,439.23 | $4,957.21 | $572,396.44 |
| Symphony CLO XV, Ltd. | $5,466,748.06 | $47,758.12 | $5,514,506.18 |
| SCOF-2 LTD. | $3,159,429.45 | $27,601.13 | $3,187,030.58 |

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| Goldman Sachs Trust II - Goldman Sachs Multi-Manager Non-Core Fixed Income Fund | $1,311,728.86 | $11,459.41 | $1,323,188.27 |
| BayCity High Yield Income Fund, L.P. | $645,307.22 | $5,637.48 | $650,944.70 |
| Symphony CLO XVI, LTD. | $3,512,280.70 | $30,683.67 | $3,542,964.37 |
| Pensiondanmark Pensionsforsikringsaktieselskab | $3,677,319.95 | $32,125.48 | $3,709,445.43 |
| BayCity Long-Short Credit Master Fund Ltd. | $4,743,725.56 | $2,240.09 | $4,745,965.65 |
| Symphony CLO XVII, LTD. | $3,984,608.15 | $34,809.98 | $4,019,418.13 |
| BayCity Alternative Investment Funds SICAV-SIF - BayCity US Senior Loan Fund | $1,890,123.97 | $16,512.33 | $1,906,636.30 |
| TCI-Symphony 2016-1 Ltd | $3,512,280.51 | $30,683.67 | $3,542,964.18 |
| Symphony CLO XVIII, LTD. | $3,385,678.20 | $29,577.66 | $3,415,255.86 |
| TCI-Symphony 2017-1 Ltd | $3,381,892.40 | $29,544.59 | $3,411,436.99 |

**Bardin Hill Clients**

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| Halcyon Loan Advisors Funding 2013-1 Ltd. | $2,117,500.00 | $18,498.72 | $2,135,998.72 |
| Halcyon Loan Advisors Funding 2013-2 Ltd. | $6,164,712.46 | $53,855.61 | $6,218,568.07 |
| Halcyon Loan Advisors Funding 2014-1 Ltd. | $5,185,038.90 | $45,297.08 | $5,230,335.98 |
| Halcyon Loan Advisors Funding 2014-2 Ltd. | $7,139,849.73 | $62,374.52 | $7,202,224.25 |
| Halcyon Loan Advisors Funding 2014-3 Ltd. | $7,374,070.29 | $64,420.70 | $7,438,490.99 |
| Halcyon Loan Advisors Funding 2015-1 Ltd. | $4,857,005.00 | $42,431.34 | $4,899,436.34 |
| Halcyon Loan Advisors Funding 2015-2 Ltd. | $4,895,506.49 | $42,767.69 | $4,938,274.18 |
| Halcyon Loan Advisors Funding 2015-3 Ltd. | $4,911,086.54 | $42,903.80 | $4,953,990.34 |
| Halcyon Loan Advisors Funding 2017-1 Ltd. | $1,600,452.38 | $13,981.73 | $1,614,434.11 |

| Lender Name | Principal Outstanding as of August 11, 2020 | Accrued Interest Outstanding as of August 11, 2020 | Total Transfer by Citibank on August 11, 2020 |
|---|---|---|---|
| Halcyon Loan Advisors Funding 2017-2 Ltd. | $1,378,786.51 | $12,045.23 | $1,390,831.74 |

17. On August 12, 2020, Citibank sent out notices stating that the payment of principal in the August 11 wire transfers had been sent erroneously. Subsequent notices were sent on August 13 and August 17, 2020.

**Exhibit A.1**

| Defendant Investment Manager | Entities Managed by Defendant Investment Manager That Received Funds from Citibank on August 11, 2020 |
|---|---|
| Allstate | AIMCO CLO 2015-A |
| | AIMCO CLO 2017-A |
| | AIMCO CLO 2018-A |
| | AIMCO CLO 2018-B |
| | AIMCO CLO 10 |
| | Allstate Life Insurance Company |
| | Allstate Insurance Company |
| Bardin Hill | Halcyon Loan Advisors Funding 2013-1 Ltd. |
| | Halcyon Loan Advisors Funding 2013-2 Ltd. |
| | Halcyon Loan Advisors Funding 2014-1 Ltd. |
| | Halcyon Loan Advisors Funding 2014-2 Ltd. |
| | Halcyon Loan Advisors Funding 2014-3 Ltd. |
| | Halcyon Loan Advisors Funding 2015-1 Ltd. |
| | Halcyon Loan Advisors Funding 2015-2 Ltd. |
| | Halcyon Loan Advisors Funding 2015-3 Ltd. |
| | Halcyon Loan Advisors Funding 2017-1 Ltd. |
| | Halcyon Loan Advisors Funding 2017-2 Ltd. |
| Brigade | ACIS CLO 2014-5 Ltd. |
| | Battalion CLO IX Ltd. |
| | Battalion CLO VII Ltd. |
| | Battalion CLO VIII Ltd. |
| | Battalion CLO X Ltd. |
| | Battalion CLO XI Ltd. |
| | Battalion CLO XII Ltd. |
| | Battalion CLO XIV Ltd. |
| | Big River Group Fund SPC LLC |
| | Blue Falcon Limited |
| | Brigade Credit Fund II Ltd. |
| | Brigade Debt Funding I, Ltd. |
| | Brigade Debt Funding II, Ltd. |
| | Brigade Distressed Value Master Fund Ltd. |
| | Brigade Diversified Credit CIT |
| | Brigade Opportunistic Credit LBG Fund Ltd. |
| | City of Phoenix Employees' Retirement Plan |
| | Delta Master Trust |
| | FCA Canada Inc. Elected Master Trust |
| | FCA US LLC Master Retirement Trust |
| | FedEx Corporation Employees' Pension Trust |
| | Future Directions Credit Opportunities Fund |
| | Goldman Sachs Trust II - Goldman Sachs Multi-Manager Non-Core Fixed Income Fund |
| | Illinois State Board of Investment |
| | JPMorgan Chase Retirement Plan Brigade |

**Exhibit A.1**

| Defendant Investment Manager | Entities Managed by Defendant Investment Manager That Received Funds from Citibank on August 11, 2020 |
|---|---|
| Brigade | JPMorgan Chase Retirement Plan Brigade Bank Loan |
| | Los Angeles County Employees Retirement Association |
| | Mediolanum Best Brands |
| | New York City Fire Department Pension Fund |
| | New York City Police Pension Fund |
| | Northrop Grumman Pension Master Trust |
| | Panther BCM, LLC |
| | SC CREDIT OPPORTUNITIES MANDATE LLC |
| | SEI Global Master Fund Plc the SEI High Yield Fixed Income Fund |
| | SEI Institutional Investments Trust-High Yield Bond Fund |
| | SEI Institutional Managed Trust - Multi-Strategy Alternative Fund |
| | SEI Institutional Managed Trust-High Yield Bond Fund |
| | Teachers' Retirement System of the City of New York |
| | The Coca-Cola Company Master Retirement Trust |
| | U.S. High Yield Bond Fund |
| | Brigade Leveraged Capital Structures Fund Ltd. - Citi TRS (Citi USPTRS1 Loan Funding LLC) |
| | Panther BCM, LLC - Citi TRS (Citi USPTRS1 Loan Funding LLC) |
| Greywolf | GREYWOLF CLO IV LTD REISSUE |
| | GREYWOLF CLO II LTD |
| | GREYWOLF CLO V LTD |
| HPS | Arch Investment Holdings IV LTD |
| | LIQUID LOAN OPPORTUNITIES MASTER FUND LP (FKA) HIGHBRIDGE LIQUID LOAN OPPORTUNITIES MASTER FUND LP (HIGHBRIDGE CAPITAL MANAGEMENT LLC) |
| | HPS LOAN MANAGEMENT 3 2014 LTD  (FKA) HIGHBRIDGE LOAN MANAGEMENT 3 2014 LTD |
| | HPS LOAN MANAGEMENT 2013 2 LTD  (FKA) HIGHBRIDGE LOAN MANAGEMENT 2013 2 LTD (FKA LOMBARDI 2013 2 LLC) |
| | HPS LOAN MANAGEMENT 5 2015 LTD  (FKA) HIGHBRIDGE LOAN MANAGEMENT 5 2015 LTD |
| | HPS LOAN MANAGEMENT 4 2014 LTD  (FKA) HIGHBRIDGE LOAN MANAGMENT 4 2014 LTD |
| | ZALICO VL SERIES ACCOUNT 2 |
| | ZURICH AMERICAN INSURANCE COMPANY |
| | HPS LOAN MANAGEMENT 6 2015 LTD  (FKA) HIGHBRIDGE LOAN MANAGEMENT 6 2015 LTD |
| | HPS LOAN MANAGEMENT 7 2015 LTD  (FKA) HIGHBRIDGE LOAN MANAGEMENT 7 2015 LTD |

**Exhibit A.1**

| Defendant Investment Manager | Entities Managed by Defendant Investment Manager That Received Funds from Citibank on August 11, 2020 |
|---|---|
| HPS | GIM CREDIT MASTER LUX SARL (FKA) HPS GIM CREDIT MASTER LUX SARL (FKA) HIGHBRIDGE GIM CREDIT MASTER LUX SARL |
| | WATFORD ASSET TRUST I |
| | INSTITUTIONAL CREDIT FUND SUBSIDIARY LP (FKA) HPS INSTITUTIONAL CREDIT FUND SUBSIDIARY LP |
| | HPS LOAN MANAGEMENT 8 2016 LTD (FKA) HIGHBRIDGE LOAN MANAGEMENT 8 2016 LTD |
| | HPS LOAN MANAGEMENT 9 2016 LTD |
| | HPS LOAN MANAGEMENT 10 2016 LTD |
| | HPS LOAN MANAGEMENT 11 2017 LTD (FKA) JORDY WAREHOUSE 2016 LTD |
| | CARDINAL FUND LP |
| Medalist | JMP Credit Advisors CLO III(R ) |
| | JMP Credit Advisors CLO V |
| | JMP Credit Advisors CLO IV Ltd. |
| New Generation | New Generation Loan Fund Limited Partnership |
| Symphony | Nuveen Senior Income Fund |
| | Nuveen Diversified Dividend and Income Fund |
| | Nuveen Floating Rate Income Fund |
| | Nuveen Floating Rate Income Opportunity Fund |
| | Nuveen Credit Strategies Income Fund |
| | Municipal Employees Annuity & Benefit Fund of Chicago |
| | Nuveen Symphony High Yield Income Fund |
| | Nuveen Symphony Floating Rate Income Fund |
| | Nuveen Short Duration Credit Opportunities Fund |
| | Symphony Floating Rate Senior Loan Fund |
| | Principal Funds, Inc. - Diversified Real Asset Fund |
| | California Street CLO IX Limited Partnership |
| | Principal Diversified Real Asset CIT |
| | California Street CLO XII, LTD. |
| | Menard, Inc. |
| | BayCity Senior Loan Fund, L.P. (FKA) BAYCITY SENIOR LOAN MASTER FUND LTD (FKA) SYMPHONY SENIOR LOAN MASTER FUND LTD |
| | Symphony CLO XIV, Ltd. |
| | Nomura Multi Managers Fund - Global Bond |
| | Symphony CLO XV, Ltd. |
| | SCOF-2 LTD. |
| | Goldman Sachs Trust II - Goldman Sachs Multi-Manager Non-Core Fixed Income Fund |
| | BayCity High Yield Income Fund, L.P. |
| | Symphony CLO XVI, LTD. |

3

**Exhibit A.1**

| Defendant Investment Manager | Entities Managed by Defendant Investment Manager That Received Funds from Citibank on August 11, 2020 |
|---|---|
| Symphony | Pensiondanmark Pensionsforsikringsaktieselskab |
| | BayCity Long-Short Credit Master Fund Ltd. |
| | Symphony CLO XVII, LTD. |
| | BayCity Alternative Investment Funds SICAV-SIF - BayCity US Senior Loan Fund |
| | TCI-Symphony 2016-1 Ltd |
| | Symphony CLO XVIII, LTD. |
| | TCI-Symphony 2017-1 Ltd |
| Tall Tree | Evans Grove CLO, Ltd. |
| | Lockwood Grove CLO |
| | Monarch Grove CLO, Ltd. |
| Zais | ZAIS CLO 1, Limited |
| | ZAIS CLO 2, Limited |
| | ZAIS CLO 5, Limited |
| | ZAIS CLO 6, Limited |
| | ZAIS CLO 7, Limited |
| | ZAIS CLO 8, Limited |
| | ZAIS CLO 9, Limited |
| | ZAIS CLO 11, Limited |
| | ZAIS CLO 13, Limited |