**THE LAW OFFICES OF JOHN F. BAUGHMAN, PLLC**
299 Broadway – Suite 203
New York, NY 10007

November 20, 2020

**By ECF**

The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street – Room 2202
New York, NY 10007

*In re Citibank, August 11, 2020 Wire Transfers,*
1:20-cv-06539 (JMF)

Dear Judge Furman:

    As instructed by the Court on November 10, 2020 (Dkt. 139), enclosed as Exhibit A please find Citibank's chart of objections to each of Defendants' direct testimony declarations submitted on November 13, 2020.

    Respectfully submitted,

    /s/  John F. Baughman

    John F. Baughman
    Counsel for Plaintiff Citibank, N.A.

cc:    All Counsel (via ECF)