UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                       :
IN RE CITIBANK AUGUST 11, 2020 WIRE     :        20-CV-6539 (JMF)
TRANSFERS                                                 :
                                                       :        <u>ORDER</u>
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Upon review of the parties' letters, *see* ECF Nos. 137, 140, the Court concludes that Impact Trial Consulting should be used to facilitate the remote trial proceedings in this case. The parties shall promptly confer with each other and contact Impact Trial Consulting to make the necessary arrangements, including appropriate testing of the platform before trial.  The contact information for Impact Trial Consulting is as follows:

            Jesse W. Stevenson, Founding Partner
            Impact Trial Consulting LLC
            299 Broadway, Suite 220
            New York, NY 10007
            (917) 722-0801
            jstevenson@impacttrial.com
            www.impacttrial.com

       SO ORDERED.

Dated: November 24, 2020
       New York, New York                                              JESSE M. FURMAN
                                                               United States District Judge