UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIBANK AUGUST 11, 2020 WIRE TRANSFERS | Case No. 1:20-cv-06539 (JMF) |

### [PROPOSED] ORDER ESTABLISHING PROCEDURES FOR REDACTION OF TRIAL EXHIBITS

This action is scheduled for a bench trial to begin on December 9, 2020. Pursuant to this Order, and after due deliberation, this Court adopts the following procedures to ensure public access to exhibits which are introduced into evidence during the trial.

IT IS HEREBY ORDERED THAT:

1. By November 30, 2020, the parties shall identify to relevant third parties, exhibits that are included on their respective exhibit lists that were produced by that third party.

2. By December 3, 2020, any party or third party that believes any document identified on either party's exhibit list should remain under seal or be made available to the public in redacted form, shall identify such exhibits to the parties and provide the parties with (a) a redacted copy of the document and (b) a highlighted copy of the document that identifies the redacted portion.

3. To the extent the parties add third-party exhibits to their exhibit lists after November 30, 2020, those additional exhibits will be contemporaneously identified for the third-parties. Within one business day of receiving a notice from a party that exhibits have been added to their exhibit list, or December 3, 2020, whichever is later, the third-party shall provide redacted and highlighted versions of exhibit(s) to be included in the public record.

4. To the extent that the redacted information in such exhibits are not relevant to the

1

issues in this case, leave of the court will not be required.  Therefore, by December 4, 2020, the parties shall provide such revised versions of the exhibit(s) with redactions to the Court, as necessary.

5. Where exhibits have been redacted but where the information being redacted is relevant to the issues in this case, the party requesting the redaction/sealing shall submit a letter motion to the court requesting sealing of the exhibit or potions thereof by December 7, 2020.

6. As contemplated by the Court's Order Establishing Remote Bench Trial Procedures for Trial, dated November 23, 2020 (ECF No. 165), the parties may use documents during cross-examination that may not have been disclosed on their exhibit list.  To the extent that any party or third-party objects to the display of such cross-examination document in open court during the examination of that party's witnesses, the party seeking to limit public disclosure of that document may, at that time, raise the issue with the Court.  If the Court finds that the moving party has met its burden to demonstrate that "the interests favoring non-access outweigh those favoring access," *United States v. Amodeo*, 44 F.3d 141, 148 (2d Cir. 1995), then the exhibit in question will be shared only with the witness, the Court, and counsel without any public display of the document on Zoom (or any other technology ordered by the Court).  Within one business day, the party or third-party requesting the sealing shall submit a redacted form of that document for the public record.

SO ORDERED.

_____
JESSE M. FURMAN
United States District Judge

Dated: November 25, 2020
        New York, New York