UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :

IN RE CITIBANK AUGUST 11, 2020 WIRE    :         20-CV-6539 (JMF)
TRANSFERS                                                    :
                                                    :             <u>ORDER</u>
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Upon review of the parties' pre-trial submissions, the Court remains concerned that, because the lenders and actual recipients of the funds at issue are not parties in this case, there is a real risk of future litigation, whatever the outcome of the upcoming trial may be. To address that concern, counsel shall appear for a telephone conference tomorrow, **December 3, 2020** at **12:00 p.m.** Counsel should be prepared to address whether, or in what way, Rule 19 of the Federal Rules of Civil Procedures has any bearing on the matter.

       **By 5:00 p.m. today**, counsel shall email to the Court the names and telephone numbers of those who will have speaking roles at the conference, and the Court will provide call-in information to those counsel. All others — counsel who will not have speaking roles and members of the public — may listen to the conference by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key. The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.

       SO ORDERED.

Dated: December 2, 2020
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge