UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                     :

IN RE CITIBANK AUGUST 11, 2020 WIRE     :         20-CV-6539 (JMF)
TRANSFERS                                                 :
                                                                     :             <u>ORDER</u>
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Both the final pretrial conference scheduled for **December 7, 2020** at **10:00 a.m.** and the trial beginning on **December 9, 2020** at **9:00 a.m.** will be conducted remotely using the Impact Trial Consulting Zoom platform in accordance with both the Court's order of November 24, 2020, ECF No. 168, and Rule 2(A) of the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  Participants with speaking roles should access the conference and trial using the login credentials and instructions provided to them by Impact.

       Members of the public may listen to the final pretrial conference and trial proceedings by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key.

       In addition, a video feed will be provided within the courthouse to in-house press upon request.  Members of the press should contact the District Executive's office at 212-805-0513 or Media_inquiries@nysd.uscourts.gov for further information.

       SO ORDERED.

Dated: December 4, 2020
       New York, New York                                    _____
                                                                      JESSE M. FURMAN
                                                                 United States District Judge