## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7341**

WRITER'S EMAIL ADDRESS
**benjaminfinestone@quinnemanuel.com**

December 4, 2020

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *In re Citibank August 11, 2020 Wire Transfers*, Case No. 20-cv-06539 (JMF)

Dear Judge Furman:

I write on behalf of Defendants in the above-referenced case, with respect to the Court's order dated December 2, 2020.  (ECF No. 177.)  Eight of the ten named Defendants are completely diverse with Plaintiff, Citibank, which is alleged to be organized under the National Bank Act with its main office located in South Dakota.  (ECF No. 1 at ¶8).

With respect to two of the named Defendants, Bardin Hill Loan Management LLC and HPS Investment Partners, LLC, the diversity analysis is not complete.  These two defendants each have an indirect member, an investment fund managed by a third party, which, in each case, is itself a limited partnership with many investors, certain of which are limited liability companies or limited partnerships.  The review therefore remains pending.  Thus far, no South Dakota citizens have been discovered.

Respectfully submitted,

*/s/ Benjamin I. Finestone*

Benjamin I. Finestone

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART