UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
IN RE CITIBANK AUGUST 11, 2020 WIRE  :  20-CV-6539 (JMF)
TRANSFERS                            :
:           ORDER
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As discussed on the record earlier today at the final pretrial conference, the temporary restraining orders initially entered at ECF No. 25; 20-CV-6617, ECF No. 16; and 20-CV-6713, ECF No. 14, and subsequently extended through the date of trial, ECF No. 94, are hereby EXTENDED, on the consent of the parties, through the date the Court issues its Findings of Fact and Conclusions of Law following trial.

     SO ORDERED.

Dated: December 7, 2020
      New York, New York
                                      JESSE M. FURMAN
                                      United States District Judge