December 8, 2020

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *In re Citibank August 11, 2020 Wire Transfers*, No. 1:20-cv-06539-JMF (S.D.N.Y.)

Dear Judge Furman:

The parties submit this joint letter to follow up on certain evidentiary issues raised in the December 7, 2020 final pre-trial conference and in connection with this Court's order to provide an update "on the status of the parties' discussions concerning certain objections for which an advance ruling was requested (namely, those pertaining to certifications under Fed. R. Evid. 902(11))."  ECF No. 182.

   **A.  Stipulation Regarding Admissibility**

The parties have conferred and stipulate to the admissibility of the documents on each parties' exhibit lists, dated December 4, 2020, as to which there is no objection and has been identified with an asterisk.  The parties have further conferred regarding objections and agreed to withdraw certain objections to facilitate the presentation of evidence at trial.  Specifically, Plaintiff has agreed to withdraw objections to: DX 140; DX 323; DX 489; DX 503; DX 504; DX 536; DX 540; DX 549; DX 569; DX 628; DX 629; DX 330; DX 345; and DX 351. Defendants have agreed to withdraw objections to PX 331; PX 349; PX 367; PX 469; PX 471; PX 473; PX 678A; PX 678D; and PX 789.

The parties submit a Joint Stipulation and [Proposed] Order, attached hereto as Exhibit A for the Court's consideration.

   **B.  Objections to Certifications Under Fed. R. Civ. P. 902(11)**

The parties have continued their efforts to meet and confer to resolve the objections to the certifications of third parties pursuant to 902(11), including PX 1282, PX 1283, PX 1284, PX 1285, PX 1286, PX 1571, and PX 1572, but have been unable to come to a resolution concerning those objections or the exhibits corresponding to those certifications.  The parties respectfully propose that those objections be addressed on an exhibit-by-exhibit basis at trial, as exhibits are offered into evidence.  Defendants believe that the certifications are facially deficient and that Plaintiff has not established the admissibility of documents that purport to be certified by those documents and will address the issue under separate cover.  Citibank maintains that the certifications satisfy the requirements of the Federal Rules and that the documents to which they

refer are admissible, and will respond to any written submission by Defendants on this issue accordingly.

Respectfully submitted,

By: */s/ Sophia Qasir*
    Benjamin I. Finestone
    Robert S. Loigman
    Adam Abensohn
    Anil Makhijani
    Sophia Qasir

    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    51 Madison Avenue, 22nd Floor
    New York, New York 10010
    (212) 849-7000

    *Attorneys for Defendants*

By: */s/ Allison Zolot*
    Matthew D. Ingber
    Christopher Houpt
    Richard Spehr
    Allison Zolot

    MAYER BROWN LLP
    1221 Avenue of the Americas
    New York, New York 10020
    (212) 506-2500

    John F. Baughman
    Andrew Reynard
    THE LAW OFFICES OF JOHN F. BAUGHMAN, PLLC
    299 Broadway, Suite 207
    New York, New York 10007
    (347) 241-6347

    *Attorneys for Plaintiff*

cc    Counsel of Record (via ECF)