UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CITIBANK AUGUST 11, 2020 WIRE TRANSFERS | Case No. 1:20-cv-06539 (JMF) |

## JOINT STIPULATION AND [PROPOSED] ORDER

The parties stipulate:

1. In addition to the two international wire transfers described in the Stipulation and Order dated December 9, 2020 (*see* ECF No. 209), another one of the wire transfers sent by Citibank, N.A. on August 11, 2020 in connection with the 2016 Revlon Term Loan—a $7,510,866.73 transfer directed to the Brigade-managed Mediolanum Best Brands, which is domiciled in Ireland—was wired to a bank account located in Luxembourg for the benefit of that Brigade-Managed fund.

[*Signature Page Follows*]

Respectfully submitted, this 13th day of December, 2020.

AGREED:

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | THE LAW OFFICES OF JOHN F. BAUGHMAN, PLLC |
|---|---|
| /s/ Benjamin Finestone | /s/ John F. Baughman |
| Michael Carlinsky | John F. Baughman |
| Robert Loigman | Andrew H. Reynard |
| Benjamin Finestone | 299 Broadway, Suite 203 |
| Adam M. Abensohn | New York, New York 10007 |
| Anil Makhijani | (347) 241-6347 |
| Sophia Qasir | |
| Alexandre Tschumi | MAYER BROWN LLP |
| Zachary Russell | |
| Mario Gazzola | Matthew D. Ingber |
| Brendan Carroll | Christopher J. Houpt |
| 51 Madison Avenue, 22nd Floor | Allison Zolot |
| New York, New York 10010 | Luc W. M. Mitchell |
| (212) 849-7000 | Anjanique M. Watt |
| | 1221 Avenue of the Americas |
| Bennett Murphy | New York, New York 10020 |
| 865 S. Figueroa Street, 10th Floor | (212) 506-2500 |
| Los Angeles, CA 90017 | |
| (213) 443-3000 | *Attorneys for Citibank, N.A.* |
| | |
| *Attorneys for Defendants* | |

SO ORDERED.

_____
Hon. Jesse Furman (U.S.D.J.)