UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Citibank August 11, 2020 Wire Transfers | No. 20 Civ. 06539 (JMF) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that plaintiff Citibank, N.A., hereby appeals to the United States Court of Appeals for the Second Circuit from the order and judgment signed and entered by Judge Jesse M. Furman of this Court on February 16, 2021 (Dkt. 243) and the clerk's judgment dated February 16, 2021 (Dkt. 244).

Dated: February 26, 2021

*s/ Matthew D. Ingber*
MAYER BROWN LLP
Nicole A. Saharsky (PHV pending)
Matthew D. Ingber
Christopher J. Houpt
Luc W. M. Mitchell
1221 Avenue of the Americas
New York, New York 10020
(212) 506-2500

HOGAN LOVELLS US LLP
Neal Kumar Katyal (PHV pending)
555 Thirteenth Street, N.W.
Washington, DC 20004
(202) 637-5528

*Attorneys for Citibank, N.A.*