

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

March 17, 2021

**Via ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *In re Citibank August 11, 2020 Wire Transfers*, No. 1:20-cv-06539 (JMF) (S.D.N.Y.)

Dear Judge Furman:

I am arguing counsel for Plaintiff Citibank, N.A., in connection with its pending motion for an injunction pending appeal, if the Court intends to hold argument.  Counsel respectfully requests that argument not be held on Thursday, March 25, or Friday, March 26, owing to a pre-existing family obligation.  I am dropping my son off at college, and must do so on those dates given strict college COVID-19 restrictions.  I have consulted with counsel for Defendants and am authorized to state that Defendants do not oppose this request.

Counsel remains at the Court's disposal for argument on any other date.

Respectfully submitted,

/s/ Neal Kumar Katyal

Neal Kumar Katyal

cc:    All Counsel of Record (via ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar  Zagreb.  Business Service Centers: Johannesburg  Louisville.  Legal Services Center:  Berlin.  For more information see www.hoganlovells.com