quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7229**

WRITER'S EMAIL ADDRESS
adamabensohn@quinnemanuel.com

March 18, 2021

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *In re Citibank August 11, 2020 Wire Transfers*, No. 1:20-cv-06539-JMF (S.D.N.Y.)

Dear Judge Furman:

      I write in response to counsel for Citibank's letter regarding oral argument on Citibank's motion for an injunction pending appeal. To clarify, Defendants do not believe argument is necessary, given the Court's familiarity with the record and issues in this case. In the event the Court chooses to hold argument, however, Citibank is correct that Defendants do not object to Citibank's request that argument not be held on March 25 or March 26.

Respectfully submitted,

*/s/ Adam Abensohn*

Adam Abensohn


cc:    Counsel of Record (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART