UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                :

IN RE CITIBANK AUGUST 11, 2020 WIRE    :      20-CV-6539 (JMF)
TRANSFERS
                                :          ORDER
                                :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court will hold oral argument on Plaintiff's motion for an injunction pending appeal on **Friday, April 9, 2021** at **10:00 a.m.**  The Court would like to use the same Zoom-based platform that was used for trial.  To that end, counsel shall confer and, absent objection, contact Impact Trial Consulting to make the necessary arrangements.  No later than **March 26, 2021**, the parties shall file a joint letter indicating whether they have made the necessary arrangements with Impact Trial Consulting.  At some point between now and oral argument, the Court will issue another order providing additional details regarding the argument (time limits, etc.).

       SO ORDERED.

Dated: March 22, 2021
       New York, New York
                                              _____
                                                 JESSE M. FURMAN
                                             United States District Judge