UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                  :

IN RE CITIBANK AUGUST 11, 2020 WIRE       :           20-CV-6539 (JMF)
TRANSFERS                              :

                  :           ORDER
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The oral argument on **April 9, 2021** at **10:00 a.m.** will be conducted remotely using the

Impact Trial Consulting Zoom platform in accordance with Rule 2(A) of the Court's Emergency

Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-

jesse-m-furman.  Participants with speaking roles should access the proceeding using the login

credentials and instructions provided to them by Impact.  Members of the public may listen to

the proceeding by calling the Court's dedicated conference call line at (888) 363-4749 and using

access code 542-1540 followed by the pound (#) key.


      SO ORDERED.

Dated: March 31, 2021
      New York, New York                       JESSE M. FURMAN
                                         United States District Judge