

SINCE 1828

GAMES THESAURUS WORD OF THE DAY BLOG SHOP

- LOG IN
- REGISTER
- settings
- SAVED WORDS

» | due |
×
🔍
dictionary
thesaurus

view recents

Login or Register
Hello,
GAMES  THESAURUS  WORD OF THE DAY  BLOG  SHOP  SETTINGS

- 🔖 SAVED WORDS    view recents

# due

adjective
🔖 Save Word

To save this word, you'll need to log in.

Log In
\ ˈdü 🔊 , ˈdyü \

## Definition of *due*



(Entry 1 of 3)

1 **:** owed or owing as a debt *is due a full week's pay*
2a **:** owed or owing as a natural or moral right *finally got the recognition she was due* *give credit where credit is due* *everyone's right to dissent … is due the full protection of the Constitution*— Nat Hentoff
b **:** according to accepted notions or procedures **:** appropriate *with all due respect*
3a **:** satisfying or capable of satisfying a need, obligation, or duty **:** adequate *giving the matter due attention*
b **:** regular, lawful *due proof of loss*
4 **:** capable of being attributed **:** ascribable — used with *to* *this advance is partly due to a few men of genius*— A. N. Whitehead
5 **:** having reached the date at which payment is required **:** payable *the rent is due*
6 **:** required or expected in the prescribed, normal, or logical course of events **:** scheduled *The train is due at noon. When is the baby due?* also **:** expected to give birth *has a friend who is due in April*

due

noun

Definition of *due* (Entry 2 of 3)

**:** something due (see due entry 1) or owed: such as
a **:** something that rightfully belongs to one *give him his due*
b **:** a payment or obligation required by law or custom **:** debt
c *dues* plural **:** fees, charges *membership dues*

due

adverb

Definition of *due* (Entry 3 of 3)

1 : directly, exactly due north
2 obsolete : duly

⬇ Other Words from *due*   ⬇ Synonyms & Antonyms   ⬇ More Example Sentences   ⬇ Learn More about *due*

Keep scrolling for more

## Other Words from *due*

Adjective

dueness noun

## Synonyms & Antonyms for *due*

Synonyms: Adjective

- mature

Synonyms: Adverb

- exactly,
- full,
- just,
- precisely,
- right,
- sharp,
- smack-dab,
- squarely

Antonyms: Adjective

- undue

Visit the Thesaurus for More »

## Examples of *due* in a Sentence

Adjective My wife is *due* in three weeks. The bill is *due* at the end of the month.
See More ⊕⊖
Recent Examples on the Web: Adjective The Anoka County Board has granted a one-month extension on property taxes, pushing the *due* date on taxes for the first half of the year to June 15. — Matt Mckinney, *Star Tribune*, "Metro briefs: Ramsey blocks picketing in residential areas," 1 May 2021 The babies are set to come home around their *due* date of May 7th. — Delaney White, *The Arizona Republic*, "New cameras at Scottsdale hospital let families see babies in the NICU from anywhere," 28 Apr. 2021

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'due.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

Cited in In re Citibank 20CV6539 Decided 5/12/21
Archived on 5/18/21
This document is protected by copyright. Further reproduction is prohibited without permission.

See More

## First Known Use of *due*

Adjective

14th century, in the meaning defined at sense 1

Noun

15th century, in the meaning defined above

Adverb

1582, in the meaning defined at sense 1

## History and Etymology for *due*

Adjective, Noun, and Adverb

Middle English, from Anglo-French *deu*, past participle of *dever* to owe, from Latin *debēre* — more at debt

Keep scrolling for more

## Learn More about *due*

Share *due*

Post the Definition of due to Facebook    Share the Definition of due on Twitter

Time Traveler for *due*



## The first known use of *due* was in the 14th century

See more words from the same century

## Dictionary Entries near *due*

dudism

Dudley

dudleyite

due

due corde

Cited in In re Citibank 20CV6539 Decided 5/12/21
Archived on 5/18/21
This document is protected by copyright. Further reproduction prohibited without permission.

due date

due diligence

See More Nearby Entries

## Phrases Related to *due*

come due

due date

due for

in due time

past due

with (all) (due) respect

with due regard to

## Statistics for *due*

Last Updated

8 May 2021

Look-up Popularity

Top 1% of words

Cite this Entry

"Due." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/due. Accessed 18 May. 2021.

**Style:** MLA
MLA⊘ Chicago⊘ APA⊘ Merriam-Webster⊘

Keep scrolling for more

More Definitions for *due*

due

*adjective*


## English Language Learners Definition of *due*

 (Entry 1 of 3)

**:** required or expected to happen **:** expected to be in a particular place at a particular time

: expected to be born
: expected to give birth

due

*noun*

English Language Learners Definition of *due* (Entry 2 of 3)

: a regular payment that you make to be a member of an organization
: something that someone should be given : something that a person has earned

due

*adverb*

English Language Learners Definition of *due* (Entry 3 of 3)

: directly or exactly

See the full definition for *due* in the English Language Learners Dictionary

due

*adjective*
\ ˈdü , ˈdyü \

# Kids Definition of *due*

 (Entry 1 of 3)

1 : required or expected to happen or be done This assignment is *due* tomorrow.
2 : owed or deserved Payment is *due*. Treat your teacher with *due* respect.
3 : in a proper or necessary amount I will give your idea *due* consideration.
due to
: because of "The common rat is highly valued … *due to* his toughness …"— Robert C. O'Brien, *Rats of NIMH*

due

*noun*

Kids Definition of *due* (Entry 2 of 3)

1 : something that should be given Give the man his *due*, he's a fighter.
2 dues plural : a regular or legal charge or fee

due

*adverb*

Kids Definition of *due* (Entry 3 of 3)

: directly sense 1 *due* north

due

Cited in In re Citibank 20CV6539 Decided 5/12/21
Archived on 5/18/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

adjective

\ ˈd(y)ü  \

## Medical Definition of *due*

**:** expected to be born in the normal course of events the baby is due in November also **:** expected to give birth she's due this month

Keep scrolling for more

due

adjective

## Legal Definition of *due*

1a **:** satisfying or capable of satisfying an obligation, duty, or requirement under the law the buyer's due performance under the contract due proof of loss
b **:** proper under the law obstructing due administration of justice
2 **:** capable of being attributed —used with *to* any loss due to neglect
3a **:** having reached the date at which payment is required **:** payable
b **:** owed though not yet required to be paid
4 **:** reasonable sense 1a, b

History and Etymology for *due*

Old French *deu*, past participle of *devoir* to owe, from Latin *debere*

More from Merriam-Webster on *due*

Thesaurus: All synonyms and antonyms for *due*

Nglish: Translation of *due* for Spanish Speakers

Britannica English: Translation of *due* for Arabic Speakers

Comments on *due*

What made you want to look up *due*? Please tell us where you read or heard it (including the quote, if possible).

**SHOW COMMENTS** ⊕

Cited in In re Citibank 20CV6539 Decided 5/12/21
Archived in 5/18/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

**WORD OF THE DAY**

# peruse 

See Definitions and Examples »

Get Word of the Day daily email!

Your email address    SUBSCRIBE

**Test Your Vocabulary**

Words Used by Nabokov Quiz

- Choose the best definition or synonym for the word in bold.
- "There are some **eructations** that sound like cheers—at least, mine did." *Lolita*

| a clearing of the throat | a belch |
| a groan | a sneeze |

Test your visual vocabulary with our 10-question challenge!

TAKE THE QUIZ

Anagram puzzles meet word search.

TAKE THE QUIZ

## Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

**MERRIAM-WEBSTER UNABRIDGED**

---

### WORDS AT PLAY

- ### The Words of the Week - 5/14/2021

  Words from the week of 5/14/2021

- ### The History of 'Bodice'

  For our romance readers

- ### The Ups and Downs of 'Raise' and 'Raze'

  Are you building something up or tearing it down?

- ### The Words of the Week - 5/7/2021

  Words from the week of 5/7/2021

Cited in In re Citibank 20CV6539 Decided 5/12/21
Archived on 5/18/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

**ASK THE EDITORS**

- ### 'All Intensive Purposes' or 'All Intents and Purposes'?

  We're intent on clearing it up

- ### 'Nip it in the butt' or 'Nip it in the bud'?

  We're gonna stop you right there

- ### Literally

  How to use a word that (literally) drives some pe...

- ### Is Singular 'They' a Better Choice?

  The awkward case of 'his or her'

**WORD GAMES**

- **Words Used by Nabokov Quiz**

    How familiar are you with Nabokov's unfamiliar …

    **TAKE THE QUIZ**

- **Star Wars Words Quiz**

    Is the Force strong in you?

    **TAKE THE QUIZ**

- **Name That Thing**

    Test your visual vocabulary with our 10-question …

    **TAKE THE QUIZ**

- **SCRABBLE® Sprint**

    SCRABBLE® fans, sharpen your skills!

    **PLAY THE GAME**

**Learn a new word every day. Delivered to your inbox!**

Your email address

Cited in In re Citibank 20CV6539 Decl. dated 5/12/21

Archived on 5/18/21

This document is protected by copyright. Further reproduction is prohibited without permission.

**OTHER MERRIAM-WEBSTER DICTIONARIES**

- LEARNER'S ESL DICTIONARY
- VISUAL DICTIONARY
- SCRABBLE® WORD FINDER

- MERRIAM-WEBSTER'S UNABRIDGED DICTIONARY
- BRITANNICA ENGLISH - ARABIC TRANSLATION
- NGLISH - SPANISH-ENGLISH TRANSLATION

**FOLLOW US**

Cited in In re Citibank
20-CV-6539 Decided 5/12/21
Archived on 5/18/21
This document is protected by copyright.
Further reproduction is prohibited without permission.

Browse the Dictionary:  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  0-9

Home | Help | Apps | About Us | Shop | Advertising Info | Dictionary API | Contact Us | Join MWU | Videos | Word of the Year | Puku | Vocabulary Resources | Law Dictionary | Medical Dictionary | Privacy Policy | Terms of Use | Do Not Sell My Info

Browse the Thesaurus | Browse the Medical Dictionary | Browse the Legal Dictionary

© 2021 Merriam-Webster, Incorporated