```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
IN RE CITIBANK AUGUST 11, 2020 WIRE                               :    20-CV-6539 (JMF)
TRANSFERS                                                         :
                                                                  :         ORDER
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

  In light of the mandate from the United States Court of Appeals for the Second Circuit, *see* ECF No. 286, the parties shall submit a joint letter by **October 27, 2022**, addressing the Second Circuit's decision and the next steps, if any, in this litigation.

  The Clerk of Court is directed to reopen this case.

  SO ORDERED.

Dated: October 20, 2022
   New York, New York

                      JESSE M. FURMAN
                      United States District Judge