**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE CITIBANK AUGUST 11, 2020 WIRE TRANSFERS

No. 1:20 Civ. 06539 (JMF)

[PROPOSED] ORDER

---

The parties jointly request that the Court issue an order confirming that the temporary restraining orders ("TROs") entered in the above-captioned action have been superseded by the order of the U.S. Court of Appeals for the Second Circuit, dated September 8, 2022 ("Second Circuit Order"); that the Second Circuit Order does not prohibit transfers made with Citibank's approval; that Citibank approves the Lenders' transfer to Citibank of the contested funds in this action for the sole purpose of transfer to Citibank; and that such approval by Citibank solely for the purpose of transferring such funds to Citibank makes the transfers permissible under the Second Circuit's Order.

Upon consideration of the parties' joint request, and in light of Citibank's approval, **IT IS HEREBY ORDERED** that the TROs entered in the above-captioned action have been superseded by the Second Circuit Order; and that, given Citibank's approval of the Lenders' return to Citibank of all of the funds in contention in this suit, the movement of the restrained funds for the sole purpose of returning them to Citibank is permissible under the Second Circuit's Order. This Order shall apply to the Defendants, their officers, agents, employees, successors, and all those in active concert or participation with them, including but not limited to trustees, indenture trustees, paying agents and other administrators of any Lender.

Dated: December  2 , 2022

JESSE M. FURMAN
United States District Judge

The parties' request to provide a joint status update by December 5, 2022, is GRANTED.  The Clerk of Court is directed to terminate ECF No. 292.