December 9, 2022

**VIA ECF**

Hon. Jesse M. Furman
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Citibank August 11, 2020 Wire Transfers*, No. 1:20-cv-06539 (JMF)

Dear Judge Furman,

We thank the Court for its patience as the parties work diligently toward the resolution of this matter.  We are pleased to report that the parties continue to make substantial progress.  Six of the ten defendant-managers have agreed to the terms of the agreement and are prepared to sign.  The remaining four managers are narrowing a handful of issues, including with respect to third-party trustees, custodians and administrators.  While no assurances can be offered, the parties continue working toward having a final agreement early next week.

Accordingly, the parties jointly request that the Court set December 14 as the deadline for the next status update.

Respectfully submitted,

| By: | */s/ Robert S. Loigman* | By: | */s/ Matthew D. Ingber* |
|---|---|---|---|
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP | | MAYER BROWN LLP |
| | 51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000 | | 1221 Avenue of the Americas<br>New York, New York 10020<br>(212) 506-2500 |
| | *Attorneys for Defendants* | | *Attorneys for Plaintiff* |

cc: Counsel of Record (via ECF)