December 16, 2022

**VIA ECF**

Hon. Jesse M. Furman
United States District Court for the Southern
District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In re Citibank August 11, 2020 Wire Transfers*, No. 1:20-cv-06539 (JMF)

Dear Judge Furman,

We are pleased to report that all ten defendants have now signed agreements with Citibank, which, if performed as anticipated by the parties, will terminate the litigation. Approximately three-quarters of the mistaken payments have now been returned to Citibank, and Citibank will be returning certain coupon interest and principal amortization amounts to lenders that have returned the mistaken payments.

Assuming that the payments are made as provided in the agreements, Citibank anticipates filing notices of dismissal in the coming weeks.

Respectfully submitted,

By:   _/s/ Robert S. Loigman_               By:   _/s/ Matthew D. Ingber_

   QUINN EMANUEL URQUHART &                    MAYER BROWN LLP
   SULLIVAN, LLP
                                               1221 Avenue of the Americas
   51 Madison Avenue, 22nd Floor               New York, New York 10020
   New York, New York 10010                    (212) 506-2500
   (212) 849-7000
                                               *Attorneys for Plaintiff*
   *Attorneys for Defendants*


cc: Counsel of Record (via ECF)